# ORIGINAL

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Table 8, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, ano trade names):<br>d/b/a 8 oz Burger Bar | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): #320053047 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>7661-7663 Melrose Ave.<br>Los Angeles, CA<br>ZIP CODE 90046 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor** (Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)
  _____

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other  Restaurant

**Tax-Exempt Entity**
(Check one box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which**
the Petition is Filed
(Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

---

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

FILED
AUG 2 6 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (Rev. 1/08)

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

2008 USBC, Central District of California

Name of Debtor(s):
Table 8, LLC d/b/a 8 oz Burger Bar

FORM B1, Page 2

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❏   Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)                    Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ❏   Yes, and Exhibit C is attached and made a part of this petition. | ❏   Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| ☒   No | If this is a joint petition: ❏   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❏   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

❏   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❏   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney

X **/s/ Katherine M. Windler**
  Signature of Attorney for Debtor(s)

**Katherine M. Windler**
Printed Name of Attorney for Debtor(s)

**Bryan Cave LLP**
Firm Name

**120 Broadway, Suite 300**
*Address

**Santa Monica, CA 90401**

**310-576-2100**
Telephone Number

**8/ /09**          **CA Bar No. 158899**
Date                    Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
                        Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

**Joshua A. Woodward**
Printed Name of Authorized Individual

**MG of Meridian Rest. Group, LLC**
Title of Authorized Individual

**8/26/09**
Date

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

# Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ N/A _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on ___ 8/  /09 ___ .

   a. Total assets                                                          $ _____

   b. Total debts (including debts listed in 2.c., below)                   $ _____

                                                                                              Approximate
                                                                                                Number
                                                                                               of holders

   c. Debt securities held by more than 500 holders.

      ❑ secured   ❑ unsecured   ❑ subordinated   $ _____   _____

      ❑ secured   ❑ unsecured   ❑ subordinated   $ _____   _____

      ❑ secured   ❑ unsecured   ❑ subordinated   $ _____   _____

      ❑ secured   ❑ unsecured   ❑ subordinated   $ _____   _____

      ❑ secured   ❑ unsecured   ❑ subordinated   $ _____   _____

   d. Number of shares of preferred stock                     _____   _____

   e. Number of shares common stock                           _____   _____

      Comments, if any:
      _____
      _____
      _____

3. Brief description of debtor's business:
   The debtor operates a restaurant.
   _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Meridian Restaurant Group, LLC, Joshua M. Woodward, Nick Karalekas,
   Govind Armstrong, Toshia Wildasin.
   _____
   _____

## Exhibit "C"

[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]

### *[Caption as in Form 16B]*

# Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   N/A

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   N/A

# ORIGINAL

<table>
<tr>
<td>
Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>
Katherine M. Windler, State Bar No. 158899<br>
Bryan Cave LLP<br>
120 Broadway, Suite 300, Santa Monica, California 90401<br>
Tel: (310) 576-2100 / Fax: (310) 576-2200<br><br>
☑ <i>Attorney for:</i> Debtor, Table 8, LLC d/b/a 8 oz. Burger Bar
</td>
<td>FOR COURT USE ONLY</td>
</tr>
<tr>
<td colspan="2" align="center">
<b>UNITED STATES BANKRUPTCY COURT<br>
CENTRAL DISTRICT OF CALIFORNIA</b>
</td>
</tr>
<tr>
<td>
In re: Table 8, LLC d/b/a 8 oz. Burger Bar<br><br>
<div align="right">Debtor(s),</div>
<div align="right">Plaintiff(s),</div>
<div align="right">Defendant(s).</div>
</td>
<td>
CASE NO.:<br><br>
ADV. NO.:<br><br>
CHAPTER: 11
</td>
</tr>
</table>

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>Joshua M. Woodward</u>, the undersigned in the above-captioned case, hereby declare
　　　*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

　　　☑　I am the president or other officer or an authorized agent of the debtor corporation
　　　☐　I am a party to an adversary proceeding
　　　☐　I am a party to a contested matter
　　　☐　I am the attorney for the debtor corporation

2. a.　☑　The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

　　　　*[For additional names, attach an addendum to this form.]*
　　　　Meridian Restaurant Group, LLC
　　　　Joshua Woodward, Nick Karalekas, Andrew Kirschener

　b.　☐　There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____　　　8/26/09
Signature of Attorney or Declarant　　　Date

Joshua M. Woodward
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ORIGINAL

Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*
Katherine Windler, CA Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA  90401
Tel:(310) 576-2100 / Fax: (310) 576-2200

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    Table 8, LLC d/b/a 8 oz. Burger Bar

CHAPTER 11

CASE NUMBER

Debtor.

(No Hearing Required)

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

   7661-7663 Melrose Avenue
   Los Angeles, CA  90046

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   7661-7663 Melrose Avenue
   Los Angeles, CA  90046

3. Disclose the current business address(es) for all corporate officers:

   7661-7663 Melrose Avenue
   Los Angeles, CA 90046

4. Disclose the current business address(es) where the Debtor's books and records are located:

   7661-7663 Melrose Avenue
   Los Angeles, CA  90046

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

| In re | CHAPTER 11 |
|---|---|
| Table 8, LLC d/b/a 8 oz. Burger Bar | CASE NUMBER |
| Debtor. | |

5.      List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

7661-7663 Melrose Avenue

Los Angeles, CA 90046

6.      Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

N/A

7.      State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

Managing Member of Majority Member

8.      Total number of attached pages of supporting documentation: _____0_____

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __26__ day of _____August_____, 20_09_, at _____Los Angeles_____, California.

Joshua M. Woodward
*Type Name of Officer*

Managing Member of Majority Member
*Position or Title of Officer*

Signature of Declarant

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>In re    TABLE 8, LLC<br><br>Debtor(s).</td><td>CHAPTER: 11<br><br>CASE NO.:</td></tr>
</table>

# Form 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Crescent Hotel Group Inc. | 9320 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 9021 | | | |
| Dale Bros Brewery | 1495 W. Ninth St., #603<br>Upland, CA 91786 | | | |
| Frank-Lin | P.O. Box 60048<br>Los Angeles, CA 90060 | | | |
| Frog's Leap | P.O. Box 189<br>Rutherford, CA 94573-0189 | | | |
| Global Swift Funding Attn: Tim Irish | 809 Bowsprit Road<br>Chula Vista, CA 91914 | | | |
| Greg Silverman | 13724 Valley Vista Blvd.<br>Sherman Oaks, CA 91423 | | | |
| Gregory Peck Crescent Hotel Grp. Inc. | 9320 Wilshire Blvd.<br>Beverly Hills, CA 90212 | | | |
| Haralambos Beverage Co. | P.O. Box 6005<br>El Monte, CA 91734 | | | |

Date:  August 26, 2009

_____
Debtor

[Declaration as in Form 2]

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re    **TABLE 8, LLC** | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor *and complete* mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Aloha Island | 9015 Phyllis Ave.<br>W. Hollywood, CA 90060 | | | |
| Anderson Builders | 14431 Ventura Blvd., #202<br>Sherman Oaks, CA 91423 | | | |
| Atmosphere Creative | 4519 Sunset Blvd.<br>Los Angeles, CA 90027 | | | |
| Best Exhaust<br>Maintenance Serv. | P.O. Box 514026<br>Los Angeles, CA 90051 | | | |
| BMI | 10 Music Square East<br>Nashville, TN 37203 | | | |
| Brad Barrett | | | | |
| Bruce Hecker | 13631 Saticoy Street<br>Chula Vista, CA 91914 | | | |
| California Charcoal<br>& Firewood, Inc. | 1518 S. Eastern Ave.<br>Commerce, CA 90040-5614 | | | |
| Chris Campbell | 623 N. Sweetzer Avenue<br>West Hollywood, CA 90048 | | | |
| Cole Bailey Vineyards | 1482 Inez Way<br>Redwood Valley, CA 95470 | | | |
| Colin Mc Cafferty | | | | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re   TABLE 8, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor *and* complete mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Harvey's Guss Meat Co. | 949 S. Ogden Dr. Los Angeles, CA 90036-4411 | | | |
| Humico S. California, Inc. | 256 S. Robertson Blvd. Beverly Hills, CA 90211 | | | |
| In Entertainment c/o Paine & Co. | 4078 W. 7th Street Los Angeles, CA 90005 | | | |

## CERTIFICATE OF
## OF
## TABLE 8, LLC

The undersigned, Joshua M. Woodward, hereby certifies that:

(A)    he is the duly elected, qualified and acting manager of Meridian Restaurant Group, LLC, the Manager of **TABLE 8, LLC,** a California limited liability company, and as such is familiar with the books and records of said company;

(B)    attached hereto as Exhibit A is a true and correct copy of a resolution adopted by the Manager of said company as of August 7th, 2009; and

(C)    such resolution has not been amended or revoked and remains in full force and effect.

**IN WITNESS WHEREOF** the undersigned has executed this certificate this 26th day of August, 2009.

By:_____

Joshua M. Woodward, Manager
Meridian Restaurant Group, LLC

**Authorization to File for Bankruptcy Under
Chapter 11 of the U.S. Bankruptcy Code**

## RESOLUTION

WHEREAS, the Manager of Table 8, LLC (the "Company") has reviewed the financial condition of the Company; and

WHEREAS, the Manager has determined that it is in the best interest of the Company to seek protection from its creditors and attempt to reorganize its business and assets under Chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy Filing").

THEREFORE, BE IT RESOLVED, that Joshua M. Woodward (the "Authorized Officer") of the Company is hereby authorized and directed to take all actions deemed necessary to execute the Bankruptcy Filing and any other agreements or instruments contemplated in connection with such filing on behalf of the Company.

FURTHER RESOLVED, that the Authorized Officer of the Company be and hereby is authorized, in the name and on behalf of the Company to make or cause to be made all necessary filings, to seek or cause to be sought all consents and to take or cause to be taken any and all actions as he may deem necessary, appropriate or advisable to carry out the terms and provisions of the foregoing resolutions, including without limitation, payment of all fees and expenses and execution and delivery of all such agreements, deeds, certificates, instruments and other documents as the Authorized Officer may deem necessary, appropriate or advisable to carry out the Bankruptcy Filing and the intent and purpose of the foregoing resolutions.

FURTHER RESOLVED, that and the law firm of Bryan Cave, LLP is hereby authorized to represent the Company in such Bankruptcy proceedings.

FURTHER RESOLVED, that all actions which have heretofore been taken and all documents heretofore prepared, executed and/or delivered by the Authorized Officer of the Company with respect to the Bankruptcy Filing be and they hereby are ratified, confirmed and approved as the act and deed of the Company.

FURTHER RESOLVED, that a certified copy of the foregoing resolution may be made by any authorized officer of the Company and that, on delivery, any third party may rely thereon unless and until advised to the contrary in writing.

By:_____
Joshua M. Woodward, Manager
Meridian Restaurant Group, LLC

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such proceeding(s).)

   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Santa Monica_, California.

Dated _August 26, 2009_

Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                      F 1015-2.1


ORIGINAL

---

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br> Table 8, LLC<br><br><div align="right">Debtor.</div> | Case No.:<br><br>**DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |
|---|---|

---

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 48,121.26

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 48,121.26

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   ☒ Debtor   ❑ Other *(specify)*

3. The source of compensation to be paid to me is:

   ☒ Debtor   ❑ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].  General Chapter 11 counsel services.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 26, 2009
_____
*Date*

_____
*Signature of Attorney*

BRYAN CAVE LLP
_____
*Name of Law Firm*

ORIGINAL

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name ___Table 8, LLC, dba 8 oz Burger Bar_____

Address ___7661-7663 Melrose Ave., Los Angeles, CA 90046_____

Telephone _____

☐ Attorney for Debtor(s)
☒ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br><br>   Table 8, LLC d/b/a 8 oz. Burger Bar | Case No.: |
| | Chapter:    11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: ___8·26·9_____          _____
                                          Debtor

_____          _____
Attorney (if applicable)                  Joint Debtor

Table 8 LLC d/b/a 8 oz Burger Bar
7661-7663 Melrose Avenue
Los Angeles, CA  90046


John C Leininger
Bryan Cave LLP
2200 Ross Avenue Suite 3300
Dallas, TX  75201


Katherine M. Windler
Bryan Cave LLP
120 Broadway Suite 300
Santa Monica, California 90401


Eric S. Prezant
Bryan Cave LLP
Clark Street Suite 4300
Chicago, Illinois 60601


Office of the United States Trustee
725 South Figueroa Street Suite 2600
Los Angeles, CA  90017

Aloha Island
9015 Phyllis Ave
W Hollywood CA 90060

Anderson Builders
14431 Ventura Blvd, #202
Sherman Oaks, Ca 91423

Artisan Ales
1260 Lincoln Avenue, Ste 200
Pasadena CA 91103

Atmosphere Creative
4519 Sunset Blvd
Los Angeles CA 90027

Best Exhaust Maintenance Service
Accounts Receivable
PO Box 514026
Los Angeles CA 90051

BMI
10 Music Square East
Nashville TN 37203

Brad Barrett

Bruce Hecker
13631 Saticoy Street
Chula Vista, CA 91914

California Charcoal & Firewood, Inc
1518 S Eastern Avenue
Commerce CA 90040-5614


Chambers & Chambers
2140 Palou Ave
San Francisco CA 94124
Chris Campbell
623 N Sweetzer Avenue
West Hollywood, CA 90048


Cole Bailey Vineyards
1482 Inez Way
Redwood Valley CA 95470


Colin McCafferty


Crescent Hotel Group Inc
9320 Wilsihire Blvd
Suite 302
Beverly Hills  CA  9021


Dale Bros Brewery
1495 W Ninth St, Ste 603
Upland CA 91786


Frank-Lin
PO Box 60048
Los Angeles CA 90060


Frog's Leap
PO Box 189
Rutherford CA 94573-0189

Global Swift Funding
Attn: Tim Irish
809 Bowsprit Road
Chula Vista, CA 91914


Greg Silverman
13724 Valley Vista Blvd
Sherman Oaks, CA  91423


Gregory Peck
Crescent Hotel Group Inc
9320 Wilshire Blvd
Beverly Hills CA 90212


Haralambos Beverage Co
PO Box 6005
El Monte CA 91734


Harvey's Guss Meat Co
949 South Ogden Drive
Los Angeles CA 90036-4411


Humico So California, Inc
256 South Robertson Blvd
Beverly Hills CA 90211


In Entertainment
C/O Paine & Co
4078 W 7th St
Los Angeles CA 90005


Ink Keepers
11-52 44th Drive
Long Island NY 11101-5108

Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
300 N Los Angeles St
Los Angeles, CA 90012


Kama Beverages of America
7409 Beverly Blvd
Los Angeles CA 90036


Metro United Bank
7320 Clairemont Mesa Blvd
San Diego CA 92111


MPBS Industries
2820 East Washington Blvd
Los Angeles CA 90023


NASA Services
PO Box 1755
Montebello CA 90640


Natura Water
1605 Lockness Place
Torrance CA 90501


Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, NW
Washington, DC 20530

Office of the Attorney General
1200 US Courthouse
312 North Spring Street
Los Angeles, CA 90012


Premier Meat Company
PO Box 58183
Vernon CA 90058


Pro Clean Inc
PO Box 18250
Phoenix AZ 85005-8250

RJ's Soda Service
4330 San Gabriel River Pkwy
Pico Rivera CA 90660


Ron Rivlin
Coast II Coast Entertainment Inc
3350 Wilshire Blvd, Suite 1200
Los Angeles, CA 90010


Sam Englebardt
100 North Crescent Drive, #250
Beverly Hills, CA 90210


Santa Monica Seafood
18531 Broadwick Street
Rancho Dominguez, CA 90220


Securities and Exchange Commission
Randall R Lee, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

Securities and Exchange Commission
Headquarters
100 F Street, NE
Washington, DC 20549

Skyscraper Brewing Company
3229 Durfee Ave
El Monte CA 91732

Sonoma County Poultry
Liberty Ducks
PO Box 140
Penngrove CA 94951-0140

Southern Wine & Spirits
File 56002
Los Angeles CA 90074-6002

Sysco
20701 East Currier Road
Walnut CA 91789

The Henry Wine Group
PO Box 513827
Los Angeles CA 90051

Total Refrigeration & Air Conditioning
2500 Fender Ave Suite A
Fullerton CA 92831

Wells Fargo Businessline
Payment Remittance Center
PO Box 54349
Los Angeles CA 90054-0349

West Central Produce
2020 E 7th Place
Los Angeles CA 90021-0331


Wine Warehouse
PO Box 910900
Los Angeles CA 90091


Yee Yuen Linen Service
2575 S Normandie Ave
Los Angeles CA 90007


Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145