**CREDITORS ADDED TO MATRIX**

944 Media LLC
Dept 2082
PO BOX 29675
Phoenix, AZ  85038-9675


7661 Melrose Associates
Prime Time Financial Inc
1801 Century Park East #1201
Los Angeles, CA 90067


Aaron Cook
8033 Sunset Blvd #467
Hollywood, CA  90046


ADirect US Inc
P O Box 66730
Los Angeles, CA  90066


All Spirits Inc
2005 Pinehurst Rd
Los Angeles, CA  90068


American Express
PO Box 53773
Phoenix, AZ  85072-3773


Apple Fire Prevention
PO Box 251184
Glendale, CA  91225-1184


Atlas Industrial Cleaning Supplies
4511 New York Ave
Union City, NJ  07087

Bacio Divino Wines
P O Box 131
Rutherford, CA  94573


Boulevard Florist - Lawndale
14507 Hawthrone Blvd
Lawndale, CA  90260


Bread Los Angeles
5462 W Adams Blvd
Los Angeles, CA 90016


Broadleaf
5600 S  Alameda St
Suite 100
Vernon, CA  90058


Cary M Schwartz DDS
9675 Brighton Way PH-A
Beverly Hills, CA  90210


Chase Merchant Services
5251 Westheimer Road - 6th Fl
Houston, TX  77058-5404


Coca-Cola USA
68 Annex
PO Box 102190
Atlanta, GA 30368-0190


Cole Bailey Vineyards
1482 Inez Way
Redwood Valley, CA  95470

Consolidated Disposal Svc
P O Box 78010
Phoenix, AZ  85062-8010


Cypress Insurance Company
Accounting Dept
PO Box 88 1236
San Francisco, CA  94188


Eversoft
707 West 16th Street
Long Beach, CA  90813


Farella Park Vineyards
2222 Third Ave
Napa, CA  94558


Gay L Harwin Esquire
9454 Wilshire Blvd Suite 707
Beverly Hills, CA  90212


Harvest Gate
7860 Running Deer Road
Paso Robles, CA 93446


Heartland Payment Systems
1437 Youngstown Center
Jefferson, IN  47130


Lazy Creek Vineyards
4741 Highway 128
Box 176
Philo, CA  94568

LA District Attorney:
Bad Check Restitution Program
PO Box 86407
Los Angeles, CA  90086


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90045-0027


Marina Carbonics
PO Box 3399
Santa Monica, CA  90408


McGrath Family Farm
505 N Wood Road
Camarillo, CA  93010


Melville Winery
c/o Grapevine Wine Company
205 Avenue 1 Suite
Redondo Beach, CA  90277


Nationwide Credit Inc
3600 E University Dr Ste 81350
Phoenix, AZ  85034-7296


Next Day Gourmet
15040 Oxnard Street
Van Nuys, CA  91411


Office of the District Attorney
County of San Luis Obispo
1055 Monterey Street
San Luis Obispo, CA 93408

Olympia Medical Center
5900 West Olympic Blvd
Arcadia, CA  91066-1748


Ovene Winery
101 S Kraemer Blvd Ste 111
Placentia, CA  92870


P H Rendering
PO Box 470048
Los Angeles, CA  90047


Plotkin Rapaport LlP
16633 Ventura Blvd Ste 800
Encino, CA  91436-1841


Regal Wine Co
PO Box 60000
San Francisco, CA  94160-2956


Restaurant News
PO Box 5038
Brentwood, TN  37024


Rick Campos Plumbing Inc
5600 Venice Blvd
Los Angeles, CA  90019


Sabre Technologies Inc
200 East 31st  St
Savannah, CA  31401

Su Casa De Cambio Inc
2132 E Cesar Chavez Ave
Los Angeles, CA  90033


Swat Systems Security Grp Inc
PO Box 3684
Beverly Hills, 90212


Tepper Bar Supply
2250 Cotner Ave
W Los Angeles, CA 90064


The Aniafa Cheese Company
2332 La Mirada Drive Ste 1000
Vista, CA  92081


Todd K Little
9008 Phyllis Ave
Los Angeles, CA  90069-4409


Trans-Gas Propane Inc
PO Box 3983
Glendale, CA 90046


True to Foam Inc
6606 Randiwood Lane
West Hills, CA  91307


Vanessa Stump Photographer
678 Avenue 21
Los Angeles, CA 90031

Vortex
3198-M Airport Loop
Costa Mesa, CA 92626-3407


Wagstaff Worldwide Inc
6725 Sunset Blvd Suite 590
Los Angeles, CA  90028


Westside Emergency Med Assoc
P O Box 661748
Arcadia, CA  91066-1748


William Ulrich Plumbing Company
1342 N Harper Ave
West Hollywood, CA  90046

**CREDITORS DELETED FROM MATRIX**

Artisan Ales
1260 Lincoln Avenue Ste 200
Pasadena CA 91103


California Charcoal & Firewood Inc
1518 S Eastern Avenue
Commerce CA 90040-5614


Chambers & Chambers
2140 Palou Ave
San Francisco CA 94124


Crescent Hotel Group Inc
9320 Wilsihire Blvd
Suite 302
Beverly Hills  CA  9021


Frank-Lin
PO Box 60048
Los Angeles CA 90060


Haralambos Beverage Co
PO Box 6005
El Monte CA 91734


Harvey's Guss Meat Co
949 South Ogden Drive
Los Angeles CA 90036-4411


Natura Water
1605 Lockness Place
Torrance CA 90501

Pro Clean Inc
PO Box 18250
Phoenix AZ 85005-8250

**CORRECTIONS TO CREDITOR MATRIX**

Brad Barrett
524 N La Jolla
Los Angeles, CA  90048

| In re: | CHAPTER 11 |
|---|---|
| Table 8, LLC d/b/a 8 oz Burger Bar <div align="right">Debtor(s).</div> | CASE NUMBER 09-32934-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described <u>CREDITORS ADDED TO MATRIX / DELETED FROM MATRIX / CORRECTIONS TO MATRIX,</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>August 28, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Barry Russell
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1660
LA, CA 90012

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 28, 2009 | Alexa Kim | */s/ Alexa Kim* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

## SERVICE LIST

## BY U.S. MAIL
## CATEGORY II:

Debtor:

Table 8 LLC d/b/a 8 oz Burger Bar
7661-7663 Melrose Avenue
Los Angeles, CA 90046

Debtor's Attorneys:

John C Leininger
Bryan Cave LLP
2200 Ross Avenue Suite 3300
Dallas, TX 75201

Katherine M. Windler
Bryan Cave LLP
120 Broadway Suite 300
Santa Monica, California 90401

Office of the United States Trustee (LA)
725 South Figueroa Street Suite 2600
Los Angeles, CA 90017

Eric S. Prezant
Bryan Cave LLP
Clark Street Suite 4300
Chicago, Illinois 60601

## CREDITORS

944 Media LLC
Dept 2082
PO BOX 29675
Phoenix, AZ 85038-9675

ADirect US Inc
P O Box 66730
Los Angeles, CA 90066

7661 Melrose Associates
Prime Time Financial Inc
1801 Century Park East #1201
Los Angeles, CA 90067

All Spirits Inc
2005 Pinehurst Rd
Los Angeles, CA 90068

Aloha Island
9015 Phyllis Ave
W Hollywood CA 90060

Aaron Cook
8033 Sunset Blvd #467
Hollywood, CA 90046

American Express
PO Box 53773
Phoenix, AZ 85072-3773

| In re:                          | CHAPTER 11                    |
|---------------------------------|-------------------------------|
| Table 8, LLC d/b/a 8 oz Burger Bar |                            |
| Debtor(s).                      | CASE NUMBER 09-32934-BR       |

## SERVICE LIST

Anderson Builders
14431 Ventura Blvd, #202
Sherman Oaks, Ca 91423

Apple Fire Prevention
PO Box 251184
Glendale, CA  91225-1184

Atlas Industrial Cleaning Supplies
4511 New York Ave
Union City, NJ  07087

Atmosphere Creative
4519 Sunset Blvd
Los Angeles CA 90027

Best Exhaust Maintenance Service
Accounts Receivable
PO Box 514026
Los Angeles CA 90051

Bacio Divino Wines
P O Box 131
Rutherford, CA  94573

BMI
10 Music Square East
Nashville TN 37203

Boulevard Florist - Lawndale
14507 Hawthrone Blvd
Lawndale, CA  90260

Brad Barrett
524 N La Jolla
Los Angeles, CA 90048

Bread Los Angeles
5462 W Adams Blvd
Los Angeles, CA 90016

Broadleaf
5600 S  Alameda St
Suite 100
Vernon, CA  90058

Bruce Hecker
13631 Saticoy Street
Chula Vista, CA 91914

Cary M Schwartz DDS
9675 Brighton Way PH-A
Beverly Hills, CA  90210

Chase Merchant Services
5251 Westheimer Road - 6th Fl
Houston, TX  77058-5404

Chris Campbell
623 N Sweetzer Avenue
West Hollywood, CA 90048

Coca-Cola USA
68 Annex
PO Box 102190
Atlanta, GA 30368-0190

| In re:                              | CHAPTER 11 |
|-------------------------------------|------------|
| Table 8, LLC d/b/a 8 oz Burger Bar  |            |
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST

Cole Bailey Vineyards
1482 Inez Way
Redwood Valley CA 95470

Consolidated Disposal Svc
P O Box 78010
Phoenix, AZ  85062-8010

Cypress Insurance Company
Accounting Dept
PO Box 88 1236
San Francisco, CA  94188

Dale Bros Brewery
1495 W Ninth St, Ste 603
Upland CA 91786

Eversoft
707 West 16th Street
Long Beach, CA  90813

Farella Park Vineyards
2222 Third Ave
Napa, CA  94558

Frog's Leap
PO Box 189
Rutherford CA 94573-0189

Gay L Harwin Esquire
9454 Wilshire Blvd Suite 707
Beverly Hills, CA  90212

Global Swift Funding
Attn:  Tim Irish
809 Bowsprit Road
Chula Vista, CA 91914

Greg Silverman
13724 Valley Vista Blvd
Sherman Oaks, CA  91423

Harvest Gate
7860 Running Deer Road
Paso Robles, CA 93446

Heartland Payment Systems
1437 Youngstown Center
Jefferson, IN  47130

Humico So California, Inc
256 South Robertson Blvd
Beverly Hills CA 90211

In Entertainment
C/O Paine & Co
4078 W 7th St
Los Angeles CA 90005

Ink Keepers
11-52 44th Drive
Long Island NY 11101-5108

Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114

## SERVICE LIST

Internal Revenue Service
300 N Los Angeles St
Los Angeles, CA 90012

Kama Beverages of America
7409 Beverly Blvd
Los Angeles CA 90036

Lazy Creek Vineyards
4741 Highway 128
Box 176
Philo, CA 94568

LA District Attorney:
Bad Check Restitution Program
PO Box 86407
Los Angeles, CA 90086

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90045-0027

Marina Carbonics
PO Box 3399
Santa Monica, CA 90408

McGrath Family Farm
505 N Wood Road
Camarillo, CA 93010

Melville Winery
c/o Grapevine Wine Company
205 Avenue 1 Suite
Redondo Beach, CA 90277

Metro United Bank
7320 Clairemont Mesa Blvd
San Diego        CA 92111

MPBS Industries
2820 East Washington Blvd
Los Angeles CA 90023

NASA Services
PO Box 1755
Montebello CA 90640

Nationwide Credit Inc
3600 E University Dr Ste 81350
Phoenix, AZ 85034-7296

Next Day Gourmet
15040 Oxnard Street
Van Nuys, CA 91411

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, NW
Washington, DC 20530

Office of the Attorney General
1200 US Courthouse
312 North Spring Street
Los Angeles, CA 90012

Office of the District Attorney
County of San Luis Obispo
1055 Monterey Street
San Luis Obispo, CA 93408

| In re:<br><br>  Table 8, LLC d/b/a 8 oz Burger Bar<br><br>                                    Debtor(s). | CHAPTER  11<br><br><br>CASE NUMBER 09-32934-BR |
|---|---|

## SERVICE LIST

Olympia Medical Center
5900 West Olympic Blvd
Arcadia, CA  91066-1748


Ovene Winery
101 S Kraemer Blvd Ste 111
Placentia, CA  92870


P H Rendering
PO Box 470048
Los Angeles, CA  90047


Plotkin Rapaport LlP
16633 Ventura Blvd Ste 800
Encino, CA  91436-1841


Premier Meat Company
PO Box 58183
Vernon CA 90058


RJ's Soda Service
4330 San Gabriel River Pkwy
Pico Rivera CA 90660


Regal Wine Co
PO Box 60000
San Francisco, CA  94160-2956


Restaurant News
PO Box 5038
Brentwood, TN  37024


Rick Campos Plumbing Inc
5600 Venice Blvd
Los Angeles, CA  90019


Ron Rivlin
Coast II Coast Entertainment Inc
3350 Wilshire Blvd, Suite 1200
Los Angeles, CA 90010


Sabre Technologies Inc
200 East 31st  St
Savannah, CA  31401


Sam Englebardt
100 North Crescent Drive, #250
Beverly Hills, CA 90210


Santa Monica Seafood
18531 Broadwick Street
Rancho Dominguez, CA 90220


Securities and Exchange Commission
Randall R Lee, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648


Securities and Exchange Commission
Headquarters
100 F Street, NE
Washington, DC 20549


Skyscraper Brewing Company
3229 Durfee Ave
EI Monte CA 91732

# SERVICE LIST

Sonoma County Poultry
Liberty Ducks
PO Box 140
Penngrove CA 94951-0140

Southern Wine & Spirits
File 56002
Los Angeles CA 90074-6002

Su Casa De Cambio Inc
2132 E Cesar Chavez Ave
Los Angeles, CA 90033

Swat Systems Security Grp Inc
PO Box 3684
Beverly Hills, 90212

Sysco
20701 East Currier Road
Walnut CA 91789

Tepper Bar Supply
2250 Cotner Ave
W Los Angeles, CA 90064

The Aniafa Cheese Company
2332 La Mirada Drive Ste 1000
Vista, CA 92081

The Henry Wine Group
PO Box 513827
Los Angeles CA 90051

Todd K Little
9008 Phyllis Ave
Los Angeles, CA 90069-4409

Total Refrigeration & Air Conditioning
2500 Fender Ave Suite A
Fullerton CA 92831

Trans-Gas Propane Inc
PO Box 3983
Glendale, CA 90046

True to Foam Inc
6606 Randiwood Lane
West Hills, CA 91307

Vanessa Stump Photographer
678 Avenue 21
Los Angeles, CA 90031

Vortex
3198-M Airport Loop
Costa Mesa, CA 92626-3407

Wagstaff Worldwide Inc
6725 Sunset Blvd Suite 590
Los Angeles, CA 90028

Wells Fargo Businessline
Payment Remittance Center
PO Box 54349
Los Angeles CA 90054-0349

## SERVICE LIST

West Central Produce
2020 E 7th Place
Los Angeles CA 90021-0331


Westside Emergency Med Assoc
P O Box 661748
Arcadia, CA  91066-1748


William Ulrich Plumbing Company
1342 N Harper Ave
West Hollywood, CA  90046


Wine Warehouse
PO Box 910900
Los Angeles CA 90091


Yee Yuen Linen Service
2575 S Normandie Ave
Los Angeles CA 90007


Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

**REQUEST FOR SPECIAL NOTICE
LIST:**

7661 Melrose Associates, LLC
Novian & Novian, LLP
1801 Century Park East
Suite 1201
Los Angeles, CA 90067