| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Katherine M. Windler (SBN 158899)<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2100<br>Fax: 310-576-2200<br>Email: katherine.windler@bryancave.com<br><br>*Attorney for* Debtor, Table 8, LLC d/b/a 8 oz. Burger Bar | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Table 8, LLC d/b/a 8 oz. Burger Bar

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 11

CASE NUMBER 09-32934-BR

☐ ADVERSARY NUMBER (If Applicable)

(No Hearing Required)

# APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
# IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

1. I, Eric S. Prezant_____, hereby apply to the Court under Local Bankruptcy Rule 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(Specify Name of Party)*:

2. I am a lawyer with the following law firm *(Specify Name and Address of Law Firm)*:
   Bryan Cave LLP
   161 N. Clark Street, Suite 4300, Chicago, IL 60601

3. I am a member in good standing and eligible to practice before the following Courts, and admitted to practice on the following dates *(Specify Name of Jurisdiction and Date of Admission to Practice in such Jurisdiction)*:
   Illinois, 1997
   United States District Courts for the Central, Northern and Southern Districts of Illinois and the Eastern District of Wisconsin

4. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any Court.

5. I have concurrently or within the past 36 months made *pro hac vice* applications to this Court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.2**

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - *Page 2*  F 2090-1.2

In re Table 8, LLC d/b/a 8 oz. Burger Bar

CHAPTER 11

Debtor.  CASE NUMBER 09-32934-BR

6. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

7. I certify that I have read the Local Bankruptcy Rules, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence, in their entirety.

8. I designate the following person of the following law firm who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   *Name of Attorney (Designee):* Katherine M. Windler

   *Name and Address of Law Firm:* Bryan Cave LLP
   120 Broadway, Suite 300
   Santa Monica, CA 90401-2386

   *Telephone number of Law Firm:* (310) 576-2105

9. My residence address is: Eric S. Prezant
   3235 Park Place
   Evanston, IL 60201

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 08/28/09

Eric S. Prezant                                    /s/ Eric S. Prezant
*Type Name of Applicant*                           *Signature of Applicant*

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: 08/28/09

Katherine M. Windler                               /s/ Katherine M. Windler
*Type Name of Designee*                            *Signature of Designee*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                  F 2090-1.2

| | |
|---|---|
| In re Table 8, LLC d/b/a 8 oz. Burger Bar<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 09-32934-BR |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described as Application of Non-Resident Attorney to Appear in a Specific Case will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/28/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Barry Russell
United States Bankruptcy Court - Central District of California, 255 E. Temple Street, Suite 1660, LA, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/28/09 | Alexa Kim | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 2090-1.2**

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST

### BY U.S. MAIL
### CATEGORY II:

Debtor:

Table 8 LLC d/b/a 8 oz Burger Bar
7661-7663 Melrose Avenue
Los Angeles, CA 90046

Debtor's Attorneys:

John C Leininger
Bryan Cave LLP
2200 Ross Avenue Suite 3300
Dallas, TX 75201

Katherine M. Windler
Bryan Cave LLP
120 Broadway Suite 300
Santa Monica, California 90401

Office of the United States Trustee (LA)
725 South Figueroa Street Suite 2600
Los Angeles, CA 90017

Eric S. Prezant
Bryan Cave LLP
Clark Street Suite 4300
Chicago, Illinois 60601

## CREDITORS

944 Media LLC
Dept 2082
PO BOX 29675
Phoenix, AZ 85038-9675


7661 Melrose Associates
Prime Time Financial Inc
1801 Century Park East #1201
Los Angeles, CA 90067


Aaron Cook
8033 Sunset Blvd #467
Hollywood, CA 90046

ADirect US Inc
P O Box 66730
Los Angeles, CA 90066


All Spirits Inc
2005 Pinehurst Rd
Los Angeles, CA 90068


Aloha Island
9015 Phyllis Ave
W Hollywood CA 90060


American Express
PO Box 53773
Phoenix, AZ 85072-3773

| | |
|---|---|
| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST

Anderson Builders
14431 Ventura Blvd, #202
Sherman Oaks, Ca 91423

Apple Fire Prevention
PO Box 251184
Glendale, CA  91225-1184

Atlas Industrial Cleaning Supplies
4511 New York Ave
Union City, NJ  07087

Atmosphere Creative
4519 Sunset Blvd
Los Angeles CA 90027

Best Exhaust Maintenance Service
Accounts Receivable
PO Box 514026
Los Angeles CA 90051

Bacio Divino Wines
P O Box 131
Rutherford, CA  94573

BMI
10 Music Square East
Nashville TN 37203

Boulevard Florist - Lawndale
14507 Hawthrone Blvd
Lawndale, CA  90260

Brad Barrett
524 N La Jolla
Los Angeles, CA 90048

Bread Los Angeles
5462 W Adams Blvd
Los Angeles, CA 90016

Broadleaf
5600 S  Alameda St
Suite 100
Vernon, CA  90058

Bruce Hecker
13631 Saticoy Street
Chula Vista, CA 91914

Cary M Schwartz DDS
9675 Brighton Way PH-A
Beverly Hills, CA  90210

Chase Merchant Services
5251 Westheimer Road - 6th Fl
Houston, TX  77058-5404

Chris Campbell
623 N Sweetzer Avenue
West Hollywood, CA 90048

Coca-Cola USA
68 Annex
PO Box 102190
Atlanta, GA 30368-0190

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 09-32934-BR |
|---|---|

## SERVICE LIST

Cole Bailey Vineyards
1482 Inez Way
Redwood Valley CA 95470

Consolidated Disposal Svc
P O Box 78010
Phoenix, AZ  85062-8010

Cypress Insurance Company
Accounting Dept
PO Box 88 1236
San Francisco, CA  94188

Dale Bros Brewery
1495 W Ninth St, Ste 603
Upland CA 91786

Eversoft
707 West 16th Street
Long Beach, CA  90813

Farella Park Vineyards
2222 Third Ave
Napa, CA  94558

Frog's Leap
PO Box 189
Rutherford CA 94573-0189

Gay L Harwin Esquire
9454 Wilshire Blvd Suite 707
Beverly Hills, CA  90212

Global Swift Funding
Attn:  Tim Irish
809 Bowsprit Road
Chula Vista, CA 91914

Greg Silverman
13724 Valley Vista Blvd
Sherman Oaks, CA  91423

Harvest Gate
7860 Running Deer Road
Paso Robles, CA 93446

Heartland Payment Systems
1437 Youngstown Center
Jefferson, IN  47130

Humico So California, Inc
256 South Robertson Blvd
Beverly Hills CA 90211

In Entertainment
C/O Paine & Co
4078 W 7th St
Los Angeles CA 90005

Ink Keepers
11-52 44th Drive
Long Island NY 11101-5108

Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114

| In re: | CHAPTER 11 |
|---|---|
| Table 8, LLC d/b/a 8 oz Burger Bar | |
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST

Internal Revenue Service
300 N Los Angeles St
Los Angeles, CA 90012

Kama Beverages of America
7409 Beverly Blvd
Los Angeles CA 90036

Lazy Creek Vineyards
4741 Highway 128
Box 176
Philo, CA 94568

LA District Attorney:
Bad Check Restitution Program
PO Box 86407
Los Angeles, CA 90086

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90045-0027

Marina Carbonics
PO Box 3399
Santa Monica, CA 90408

McGrath Family Farm
505 N Wood Road
Camarillo, CA 93010

Melville Winery
c/o Grapevine Wine Company
205 Avenue 1 Suite
Redondo Beach, CA 90277

Metro United Bank
7320 Clairemont Mesa Blvd
San Diego CA 92111

MPBS Industries
2820 East Washington Blvd
Los Angeles CA 90023

NASA Services
PO Box 1755
Montebello CA 90640

Nationwide Credit Inc
3600 E University Dr Ste 81350
Phoenix, AZ 85034-7296

Next Day Gourmet
15040 Oxnard Street
Van Nuys, CA 91411

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, NW
Washington, DC 20530

Office of the Attorney General
1200 US Courthouse
312 North Spring Street
Los Angeles, CA 90012

Office of the District Attorney
County of San Luis Obispo
1055 Monterey Street
San Luis Obispo, CA 93408

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 09-32934-BR |
|---|---|

## SERVICE LIST

Olympia Medical Center
5900 West Olympic Blvd
Arcadia, CA 91066-1748

Ovene Winery
101 S Kraemer Blvd Ste 111
Placentia, CA 92870

P H Rendering
PO Box 470048
Los Angeles, CA 90047

Plotkin Rapaport LlP
16633 Ventura Blvd Ste 800
Encino, CA 91436-1841

Premier Meat Company
PO Box 58183
Vernon CA 90058

RJ's Soda Service
4330 San Gabriel River Pkwy
Pico Rivera CA 90660

Regal Wine Co
PO Box 60000
San Francisco, CA 94160-2956

Restaurant News
PO Box 5038
Brentwood, TN 37024

Rick Campos Plumbing Inc
5600 Venice Blvd
Los Angeles, CA 90019

Ron Rivlin
Coast II Coast Entertainment Inc
3350 Wilshire Blvd, Suite 1200
Los Angeles, CA 90010

Sabre Technologies Inc
200 East 31st St
Savannah, CA 31401

Sam Englebardt
100 North Crescent Drive, #250
Beverly Hills, CA 90210

Santa Monica Seafood
18531 Broadwick Street
Rancho Dominguez, CA 90220

Securities and Exchange Commission
Randall R Lee, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

Securities and Exchange Commission
Headquarters
100 F Street, NE
Washington, DC 20549

Skyscraper Brewing Company
3229 Durfee Ave
EI Monte CA 91732

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST

Sonoma County Poultry
Liberty Ducks
PO Box 140
Penngrove CA 94951-0140

Southern Wine & Spirits
File 56002
Los Angeles CA 90074-6002

Su Casa De Cambio Inc
2132 E Cesar Chavez Ave
Los Angeles, CA 90033

Swat Systems Security Grp Inc
PO Box 3684
Beverly Hills, 90212

Sysco
20701 East Currier Road
Walnut CA 91789

Tepper Bar Supply
2250 Cotner Ave
W Los Angeles, CA 90064

The Aniafa Cheese Company
2332 La Mirada Drive Ste 1000
Vista, CA 92081

The Henry Wine Group
PO Box 513827
Los Angeles CA 90051

Todd K Little
9008 Phyllis Ave
Los Angeles, CA 90069-4409

Total Refrigeration & Air Conditioning
2500 Fender Ave Suite A
Fullerton CA 92831

Trans-Gas Propane Inc
PO Box 3983
Glendale, CA 90046

True to Foam Inc
6606 Randiwood Lane
West Hills, CA 91307

Vanessa Stump Photographer
678 Avenue 21
Los Angeles, CA 90031

Vortex
3198-M Airport Loop
Costa Mesa, CA 92626-3407

Wagstaff Worldwide Inc
6725 Sunset Blvd Suite 590
Los Angeles, CA 90028

Wells Fargo Businessline
Payment Remittance Center
PO Box 54349
Los Angeles CA 90054-0349

| In re: Table 8, LLC d/b/a 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST

West Central Produce
2020 E 7th Place
Los Angeles CA 90021-0331

Westside Emergency Med Assoc
P O Box 661748
Arcadia, CA 91066-1748

William Ulrich Plumbing Company
1342 N Harper Ave
West Hollywood, CA 90046

Wine Warehouse
PO Box 910900
Los Angeles CA 90091

Yee Yuen Linen Service
2575 S Normandie Ave
Los Angeles CA 90007

Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

**REQUEST FOR SPECIAL NOTICE LIST:**

7661 Melrose Associates, LLC
Novian & Novian, LLP
1801 Century Park East
Suite 1201
Los Angeles, CA 90067