Katherine M. Windler
State Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 260-1405

Eric S. Prezant (Pro Hac Vice Pending)
Illinois Bar No. 06239611
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

and

John C. Leininger (Pro Hac Vice Pending)
Texas Bar No. 24007544
Bryan Cave LLP
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Proposed Attorneys for Table 8, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>TABLE 8, LLC, d/b/a 8 oz. BURGER BAR,<br><br>                      Debtor. | Case No. 09-32934-RB<br><br>**NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**<br><br>Date: September 2, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom "301"<br>           255 E. Temple Street<br>           Suite 1660<br>           Los Angeles, CA |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), TWENTY LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held on September 2, 2009 at 2:00 a.m. before the Honorable Byron Russell, United States Bankruptcy Judge for the Central District of California will consider the following emergency motion (the "*Motion*") filed by Table 8, LLC d/b/a 8 oz. Burger Bar (the "*Debtor*"), debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy ase:

1. DEBTOR'S EMERGENCY MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND (2) SUBMIT CREDITOR MATRIX; DECLARATION OF JOSHUA WOODWARD IN SUPPORT THEREOF; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9075-1(a)(5), on August 31, 2009, copies of the motions, together with all papers filed in support thereof, were served, via overnight mail (for receipt on the morning of September 1, 2009), upon the Office of the United States Trustee, the Debtor's secured creditors and their counsel (if known), the Debtor's twenty largest unsecured creditors, parties affected by the respective Motions, and other parties in interest. This Notice of the hearings on the motions was also served on August 31, 2009, via overnight mail (for receipt by the morning of September 1, 2009), via overnight mail (for receipt by the morning of September 1, 2009), upon the forgoing parties.

Any party wishing to obtain additional copies of the Motion should contact proposed counsel for the Debtor at the address set forth in the upper left-hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to object or be heard with respect to any of the foregoing emergency motions must appear at the hearing.

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

| | | |
|---|---|---|
| Dated: August 31, 2009 | | **BRYAN CAVE LLP** |
| | By: | //s// Katherine M. Windler |
| | | Katherine M. Windler |
| | | State Bar No. 158899 |
| | | 120 Broadway, Suite 300 |
| | | Santa Monica, California 90401 |
| | | Telephone: (310) 576-2100 |
| | | Facsimile: (310) 434-2029 |
| | | katherine.windler@bryancave.com |
| | | Proposed Attorneys for Chapter 11 Debtor Debtor in Possession |