IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re Table 8, LLC d/b/a 8 oz Burger Bar,<br><br>Debtor. | Case No. 09-32934-BR<br><br>Assigned to the Honorable Barry Russell<br><br>Chapter 11 |

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone umber and complete mailing address, including zip code of employee, agent or department of creditor familiear with claim who may be contacted* | (3)<br><br>*Nature of claim (trade, debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security)* |
|---|---|---|---|---|
| 7661 Melrose Associates, LLC | Prime Time Financial Inc.<br>1801 Century Park East #1201<br>Los Angeles, CA 90067 | | | 35,040.55 |
| Argent Custom Furniture | Argent Custom Furniture<br>3217 Exposition Place<br>Los Angeles  CA  90018 | | | 21,951.70 |
| Tepper Bar Supply | 2250 Cotner Avenue<br>W. Los Angeles, CA 90064 | | | 9,898.80 |
| Los Angeles County Tax Collector | P.O. Box 54027<br>Los Angeles, CA  90045-0027 | | | 7,775.59 |
| Sysco | 20701 East Currier Road<br>Walnut, CA  91789 | | | 6,298.70 |
| Skyscraper Brewing Company | 3229 Durfee Avenue<br>El Monte, CA  91732 | | | 4,944.35 |
| Total Refrigeration & Air Conditioning | 2500 Fender Ave. Suite A<br>Fullerton, CA  92831 | | | 4,196.34 |
| Atmosphere Creative | 4519 Sunset Blvd.<br>Los Angeles, CA 90027 | | | 4,187.12 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone umber and complete mailing address, including zip code of employee, agent or department of creditor familiear with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security) |
|---|---|---|---|---|
| Stone Brewing Company | 1999Citracado Parkway Escondido CA 92829 | | | 2,766.50 |
| Melrose Baking Company | 7356 Melrose Ave Los Angeles CA 90046 | | | 2,762.96 |
| Consolidated Disposal Service | P.O. Box 78010 Phoenix, AZ 85062-8010 | | | 2,645.11 |
| Dept. of Alcoholic Beverage Control | 3530 Wilshire Blvd., Suite 1110 Los Angeles, CA 90010 | | | 1,971.00 |
| Best Exhaust Maintenance Service | P.O. Box 514026 Los Angeles, CA 90051 | | | 1,783.50 |
| Santa Monica Seafood | 18531 Broadwick Street Rancho Dominguez, CA 90220 | | | 1,732.18 |
| LA DWP 4-01 | PO Box 30808 Los Angeles, CA 90030-0808 | | | 1,519.01 |
| L.A. County Treasure Tax Collector | P.O. Box 54027 Los Angeles, CA 90045-0027 | | | 1,450.00 |
| Ink Keepers | 11-52 44th Drive Long Island, NY 11101-5108 | | | 1,446.96 |
| LA County District Attorney | P.O. Box 86407 Los Angeles, CA 90086 | | | 1,192.28 |
| Vortex | 3198-M Airport Loop Costa Mesa, CA 92626-3407 | | | 1,032.00 |
| Artisan Ales | 1260 Lincoln Ave., Ste 200 Pasadena, CA 91103 | | | 900.00 |
| AT&T – 8258 | Payment Center Sacramento, CA 95887-0001 | | | 883.09 |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joshua Woodward, the Managing Member of the Manager of the debtor in this case, declare under penalty of perjury that I have read the foregoing List Of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   September 1, 2009                **TABLE 8 LLC**

                                  By:    /s/ Josh Wodward_____
                                         Joshua Woodward