# 8 Oz
# Balance Sheet
## As of July 31, 2009

|  | Jul 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1000 · Cash in Bank** | |
| 1020 · Checking - 3007 | -479.95 |
| 1022 · Checking - New - 0633 | 175.89 |
| 1070 · Petty Cash | 2,867.16 |
| **Total 1000 · Cash in Bank** | 2,563.10 |
| **Total Checking/Savings** | 2,563.10 |
| **Other Current Assets** | |
| **1100 · Other Accounts Receivable** | |
| 1103 · Employee Advance | 100.00 |
| 1104 · Misc. A/R | 308.51 |
| 1110 · Due to/from Meridian LLC | 117,718.06 |
| 1121 · Due To/From Dave Anderson | -17,500.00 |
| 1199 · Suspense | 4,945.38 |
| **Total 1100 · Other Accounts Receivable** | 105,571.95 |
| **1400 · Inventories** | |
| **1401 · Food** | |
| 1402 · Meat | 189.12 |
| 1403 · Poultry | 136.20 |
| 1404 · Seafood | 150.09 |
| 1405 · Cheese | 312.72 |
| 1406 · Dairy | 113.29 |
| 1407 · Produce | 265.36 |
| 1408 · Grocery | 779.66 |
| 1409 · Bread | 105.00 |
| 1411 · Pastry/Desert | 217.35 |
| **Total 1401 · Food** | 2,268.79 |
| 1412 · Wine | 1,152.41 |
| 1413 · Liquor | 5,101.80 |
| 1414 · Beer | 2,533.22 |
| 1415 · Beverages | 484.27 |
| 1418 · Bar Grocery | 350.21 |
| **Total 1400 · Inventories** | 11,890.70 |

| | |
|---|---|
| 8:40 PM | |
| 09/01/09 | |
| Accrual Basis | |

# 8 Oz
# Balance Sheet
## As of July 31, 2009

|  | Jul 31, 09 |
|---|---:|
| **1500 · Prepaid Expenses** | |
|     1503 · Worker Compensation Insurance | 1,980.00 |
|     1510 · Property Taxes | 1,523.62 |
|     1522 · Prepaid Service Fee - GSF | 58,833.36 |
| **Total 1500 · Prepaid Expenses** | 62,336.98 |
| **Total Other Current Assets** | 179,799.63 |
| **Total Current Assets** | 182,362.73 |
| **Fixed Assets** | |
|   **1600 · Fixed Assets** | |
|     1610 · Leasehold Improvements | 277,060.89 |
|     1615 · A/D Leasehold Improvements | -108,952.54 |
|     1620 · Kitchen Equipment | 64,315.76 |
|     1625 · A/D Kitchen Equipment | -54,041.00 |
|     1630 · Furniture & Fixtures | 101,718.23 |
|     1635 · A/D Furniture & Fixtures | -42,393.00 |
|     1640 · Computer Equipment | 25,466.35 |
|     1645 · A/D Computer Equipment | -24,299.00 |
|     1660 · Dishes, Silverware & Glassware | 23,093.05 |
|     1661 · A/D Dishes Silverware | -23,093.05 |
|     1665 · Restaurant Equipment | 2,012.28 |
|     1669 · A/D Restaurant Equipment | -1,157.00 |
| **Total 1600 · Fixed Assets** | 239,730.97 |
| **Total Fixed Assets** | 239,730.97 |
| **Other Assets** | |
|   **1900 · Other Assets** | |
|     1930 · Liquor License | 31,251.00 |
|     1935 · Amortization - Liquor License | -11,108.96 |
|     1941 · Utility Deposit | 4,853.00 |
|     1945 · Lease Deposits | 16,280.00 |
| **Total 1900 · Other Assets** | 41,275.04 |
| **Total Other Assets** | 41,275.04 |
| **TOTAL ASSETS** | 463,368.74 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000 · Accounts Payable | 88,123.96 |
|       **Total Accounts Payable** | 88,123.96 |

# 8 Oz
# Balance Sheet
## As of July 31, 2009

|  | Jul 31, 09 |
|---|---:|
| **Other Current Liabilities** | |
|   **2100 · Other Current Liability** | |
|     2100.01 · Payroll Liabilities Beg 2009 | 128,218.54 |
|     **2101 · Payroll Taxes Payable thru 2008** | |
|       2102 · Federal | 331,786.66 |
|       2103 · State | 50,314.56 |
|     **Total 2101 · Payroll Taxes Payable thru 2008** | 382,101.22 |
|     2104 · Gift Certificate | 3,396.52 |
|     2105 · Accrued Payroll | 19,349.00 |
|     2108 · Month End Accruals | 18,400.97 |
|     2109 · Sales Tax Payable | 156,553.18 |
|     2112 · Accrued Management Fee | 138,532.22 |
|     2122 · Loan Payable - Bruce Hecker | 108,000.00 |
|     2124 · Loan Pay - Greg Peck (Crescent) | 42,494.00 |
|     2159 · Loan - Ron Rivlin | 52,368.00 |
|     2161 · Loan - Greg Silverman | 55,000.00 |
|     2162 · Loan - Brad Barrett | 90,000.00 |
|     2163 · Loan - Sam Engelbardt (SGB) | 29,250.00 |
|     2164 · Loan - Chris Campbell | 51,000.00 |
|     2165 · Loan - Global Swift Funding | 206,163.71 |
|     2181 · Loan Payable - Colin McCafferty | 32,250.00 |
|     2199 · AP Table 8 (old) | -11,632.65 |
|     2200 · Note Payable -Metro United Bank | 606,711.62 |
|   **Total 2100 · Other Current Liability** | 2,108,156.33 |
| **Total Other Current Liabilities** | 2,108,156.33 |
| **Total Current Liabilities** | 2,196,280.29 |
| **Total Liabilities** | 2,196,280.29 |
| **Equity** | |
|   3200 · Partner Equity | 45,894.66 |
|   3800 · P&L Clearing Old Table 8 | 15,738.04 |
|   3900 · Prior Year Earnings | -1,745,167.36 |
|   Net Income | -49,376.89 |
| **Total Equity** | -1,732,911.55 |
| **TOTAL LIABILITIES & EQUITY** | 463,368.74 |