# 8 Oz
# Profit & Loss
### July 2009

|  | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
|   **Income** | | |
|     **4000 · Sales** | | |
|       4010 · Food | 150,884.75 | 943,814.32 |
|       4020 · Wine | 7,971.70 | 61,739.83 |
|       4030 · Liquor | 23,910.76 | 170,929.55 |
|       4040 · Beer | 28,430.30 | 167,947.22 |
|       4050 · Beverage | 7,823.48 | 48,389.39 |
|     **Total 4000 · Sales** | 219,020.99 | 1,392,820.31 |
|   **Total Income** | 219,020.99 | 1,392,820.31 |
|   **Cost of Goods Sold** | | |
|     **5000 · Cost of Goods Sold** | | |
|       **5050 · Food** | | |
|         **5100 · Food Purchases** | | |
|           5102 · Meat | 12,938.52 | 74,420.57 |
|           5103 · Poultry | 2,221.40 | 14,587.33 |
|           5104 · Seafood | 1,117.90 | 8,152.43 |
|           5105 · Cheese | 4,245.27 | 23,286.15 |
|           5106 · Dairy | 749.17 | 6,530.93 |
|           5107 · Produce | 11,348.76 | 67,912.69 |
|           5108 · Grocery | 3,834.02 | 26,250.65 |
|           5109 · Bread | 3,943.10 | 26,830.92 |
|           5110 · Cooking Wine | 0.00 | 236.31 |
|           5111 · Pastry/Dessert | 1,579.67 | 7,632.98 |
|         **Total 5100 · Food Purchases** | 41,977.81 | 255,840.96 |
|         **5200 · Food Inventory Adjustment** | | |
|           5202 · Meat | 937.30 | 745.99 |
|           5203 · Poultry | -15.70 | 9.22 |
|           5204 · Seafood | 114.24 | -42.15 |
|           5205 · Cheese | -117.26 | 27.57 |
|           5206 · Dairy | -39.26 | 25.74 |
|           5207 · Produce | 111.19 | 348.40 |
|           5208 · Grocery | -109.32 | 631.90 |
|           5209 · Bread | 110.22 | 405.68 |
|           5211 · Pastry/Desert | 61.05 | 238.56 |
|         **Total 5200 · Food Inventory Adjustment** | 1,052.46 | 2,390.91 |
|         **5300 · Food Comp Adjustment** | -364.62 | -2,726.82 |
|       **Total 5050 · Food** | 42,665.65 | 255,505.05 |

# 8 Oz
# Profit & Loss
### July 2009

|  | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| **5390 · Bar** | | |
|   **5400 · Wine** | | |
|     5410 · Wine Purchases | 3,404.06 | 19,820.39 |
|     5420 · Wine Inventory Adjustment | 0.00 | 215.70 |
|     5430 · Wine Comp Adjustment | -40.10 | -293.81 |
|   **Total 5400 · Wine** | 3,363.96 | 19,742.28 |
|   **5500 · Liquor** | | |
|     5510 · Liquor Purchases | 3,426.85 | 29,398.39 |
|     5520 · Liquor Inventory Adjustment | 0.00 | 1,064.49 |
|     5530 · Liquor Comp Adjustment | -141.70 | -754.28 |
|   **Total 5500 · Liquor** | 3,285.15 | 29,708.60 |
|   **5600 · Beer** | | |
|     5610 · Beer Purchases | 8,342.21 | 51,097.64 |
|     5620 · Beer Inventory Adjustment | 0.00 | -758.20 |
|     5630 · Beer Comp Adjustment | -225.44 | -1,165.69 |
|   **Total 5600 · Beer** | 8,116.77 | 49,173.75 |
|   **5700 · Beverages** | | |
|     5710 · Beverage Purchases | 264.60 | 4,243.49 |
|     5720 · Beverage Inventory Adjustment | 0.00 | 85.99 |
|     5730 · Beverage Comp Adjustment | -33.26 | -96.05 |
|   **Total 5700 · Beverages** | 231.34 | 4,233.43 |
|   **5800 · Bar Grocery** | | |
|     5810 · Bar Grocery Purchases | 1,704.45 | 9,799.99 |
|     5820 · Bar Grocery Invent Adjustment | 0.00 | -204.35 |
|   **Total 5800 · Bar Grocery** | 1,704.45 | 9,595.64 |
| **Total 5390 · Bar** | 16,701.67 | 112,453.70 |
| **Total 5000 · Cost of Goods Sold** | 59,367.32 | 367,958.75 |
| **Total COGS** | 59,367.32 | 367,958.75 |
| **Gross Profit** | 159,653.67 | 1,024,861.56 |
| **Expense** | | |
|   **6000 · Total Expenses** | | |
|     **6100 · Payroll and Benefits** | | |
|       **6101 · Payroll** | | |
|         **6105 · Floor** | | |
|           6110 · Servers | 8,907.90 | 58,726.78 |
|           6115 · Busers/Runners | 6,011.36 | 37,946.70 |
|           6150 · Bartenders | 6,803.62 | 41,325.43 |
|         **Total 6105 · Floor** | 21,722.88 | 137,998.91 |

# 8 Oz
# Profit & Loss
## July 2009

|  | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| **6125 · Kitchen** | | |
|     6130 · Chefs/Cooks | 27,319.08 | 160,543.34 |
|     6140 · Pastry | 0.00 | 10,000.04 |
|     6145 · Dishwashers | 5,501.49 | 33,268.97 |
| **Total 6125 · Kitchen** | 32,820.57 | 203,812.35 |
| 6160 · Managers | 4,499.99 | 39,442.26 |
| **Total 6101 · Payroll** | 59,043.44 | 381,253.52 |
| 6300 · Medical/Dental Insurance | 354.00 | 354.00 |
| 6400 · Payroll Taxes | 6,997.49 | 60,409.05 |
| 6450 · Employee Benefits/Meals | 958.00 | 958.00 |
| **Total 6100 · Payroll and Benefits** | 67,352.93 | 442,974.57 |
| **6500 · Operating Expenses** | | |
|     6515 · Bar Supplies | 48.27 | 1,202.84 |
|     6530 · Cleaning & Paper Supplies | 2,089.74 | 12,400.56 |
|     6535 · Computer | 494.60 | 4,954.85 |
|     6540 · Credit Card Fees | 5,260.46 | 29,024.49 |
|     6560 · Equipment Rental | 40.00 | 892.10 |
|     6580 · Flowers & Decorations | 0.00 | 6.99 |
|     6610 · Janitorial | 2,800.00 | 20,670.00 |
|     6620 · Kitchen Supplies | 1,306.35 | 8,530.67 |
|     6640 · Laundry & Linen | 2,709.63 | 16,145.02 |
|     6674 · Over/Short | 0.00 | -511.76 |
|     6675 · Parking | 250.00 | 1,005.00 |
|     6690 · Repair & Maintenance | 834.17 | 10,556.17 |
|     6695 · Restaurant Supplies | 1,209.62 | 7,966.06 |
|     6700 · Smallwares | 142.89 | 1,532.53 |
|     6710 · Trash | 310.80 | 2,714.51 |
|     6720 · Utilities | 5,026.99 | 25,899.11 |
| **Total 6500 · Operating Expenses** | 22,523.52 | 142,989.14 |
| **7000 · Administrative Expenses** | | |
|     7015 · Advertising & Promotion | 308.93 | 911.26 |
|     7019 · Auto Reimbursments | 79.42 | 542.89 |
|     7020 · Bad Debts | 0.00 | 583.06 |
|     7025 · Bank Fees | 1,024.00 | 9,677.95 |
|     7030 · Bookkeeping | 2,880.00 | 22,470.00 |
|     7035 · Complimentaries | 845.87 | 5,237.51 |
|     7060 · License & Permits | 2,007.00 | 2,706.52 |
|     7065 · Office Expense | 521.73 | 2,844.25 |
|     7068 · Outside Services | 4,989.08 | 28,350.09 |
|     7070 · Payroll Processing | 0.00 | 48.80 |
|     7075 · Penalties | 0.00 | 4,063.60 |
|     7085 · Professional Services | 0.00 | 5,320.00 |
|     7088 · Restaurant Development | 0.00 | 293.10 |
|     7089 · Shipping Charges | 0.00 | 172.00 |

# 8 Oz
# Profit & Loss
### July 2009

|  | Jul 09 | Jan - Jul 09 |
|---|---:|---:|
| **7090 · Taxes** | 304.73 | 3,001.81 |
| **7100 · Telephone** | 770.49 | 4,525.49 |
| **7200 · Travel** | 1,430.60 | 4,409.28 |
| **Total 7000 · Administrative Expenses** | 15,161.85 | 95,157.61 |
| | | |
| **8000 · Rent** | 19,165.00 | 131,476.00 |
| **8050 · Office Rent** | 1,365.00 | 9,315.00 |
| **8055 · Rent - 8154 Melrose** | 0.00 | 176,750.00 |
| **8100 · Management Fee** | 10,951.05 | 69,641.02 |
| **Total 6000 · Total Expenses** | 136,519.35 | 1,068,303.34 |
| | | |
| **Total Expense** | 136,519.35 | 1,068,303.34 |
| | | |
| **Net Ordinary Income** | 23,134.32 | -43,441.78 |
| Other Income/Expense | | |
| Other Expense | | |
| 9500 · Other Expense | | |
| 9520 · Interest Expense | 6.10 | 5,935.11 |
| **Total 9500 · Other Expense** | 6.10 | 5,935.11 |
| | | |
| **Total Other Expense** | 6.10 | 5,935.11 |
| | | |
| **Net Other Income** | -6.10 | -5,935.11 |
| | | |
| **Net Income** | **23,128.22** | **-49,376.89** |