Katherine M. Windler
State Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 260-1405

Eric S. Prezant (Pro Hac Vice Pending)
Illinois Bar No. 06239611
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

and

John C. Leininger (Pro Hac Vice Pending)
Texas Bar No. 24007544
Bryan Cave LLP
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Proposed Attorneys for Table 8, LLC

**FILED & ENTERED**

**SEP 04 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY FORTIER DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | § Case No. 09-32934-BR |
| TABLE 8, LLC, d/b/a 8 oz. BURGER BAR, | § Chapter 11 |
| Debtor. | § **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS** |

PGDocs\6015117.1            1

The Court having considered the Ex Parte Application For An Order Extending Deadline To File Schedules And Statement Of Financial Affairs (the "*Application*") of Table 8, LLC d/b/a 8 oz. Burger Bar, debtor and debtor in possession in the above-captioned case. It is hereby

ORDERED that the Application is granted. The time within which the Debtor must file its Schedules and Statements is extended to and including September 30, 2009.

DATED: September 4, 2009

_____
United States Bankruptcy Judge