ORIGINAL



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Number LA09-32934BR
Chapter 11

In re

TABLE 8, LLC
dba 8 OZ BURGER BAR

ORDER FOR FILING CHAPTER 11
PLAN OF REORGANIZATION AND
DISCLOSURE STATEMENT AND
ORDER SETTING HEARING FOR
APPROVAL OF DISCLOSURE STATEMENT



DATE: DECEMBER 15, 2009
TIME: 10:00 a.m.
PLACE: COURTROOM 1668 16th FLR
255 E. TEMPLE STREET, LA, CA

Debtor in Possession

The debtor in possession filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on AUGUST 26, 2009. The Court, having reviewed the debtor in possession's petition and attached documents, (to the extent that any documents, including schedules were filed with the petition) concludes that it is proper to set a deadline for the time to file the Plan of Reorganization and Disclosure Statement.

THEREFORE, IT IS HEREBY ORDERED that the debtor in possession file a Plan of Reorganization and Disclosure Statement on or before NOVEMBER 24, 2009. The Court will review the Plan of Reorganization and Disclosure Statement to assure compliance with Sections 1123 and 1125(a)(1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that on DECEMBER 15, 2009 at 10:00 A.M., in Courtroom 1668 of the above entitled Court, a hearing for the purpose of setting a hearing will be held for the approval of the Disclosure Statement. However, if a Plan of Reorganization and Disclosure Statement have not been timely filed, the Court may either dismiss or convert the case at that time.

Counsel for debtor in possession is to forthwith serve a copy of this Order on the United States Trustee, on all creditors' committees, and if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service thereon with this Court at least two weeks prior to the above hearing date.
DATED: 9/11/09

BARRY RUSSELL
U.S. Bankruptcy Judge

rev. 9-20sf