Katherine M. Windler
State Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 260-1405

Eric S. Prezant
Illinois Bar No. 06239611
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

and

John C. Leininger
Texas Bar No. 24007544
Bryan Cave LLP
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Attorneys for Table 8, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re Table 8, LLC d/b/a 8 oz Burger Bar,<br><br>                        Debtor. | Case No. 09-32934 BR<br><br>Chapter 11<br><br>**JOINT STATUS REPORT** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE.**

      Table 8, LLC, d/b/a 8 oz. Burger Bar, the Chapter 11 debtor and debtor-in-possession in the above-referenced Chapter 11 case (the "Debtor") and Metro United Bank ("Metro"), hereby

file their joint Status Report in connection with the Interim Order Authorizing the Debtor to use Cash Collateral.

## **INTRODUCTION**

1. On August 26, 2009 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtor has been operating its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. Prior to the Petition Date, the Debtor obtained a $600,000.00 loan from Metro to redesign its restaurant from a fine dining establishment to a casual dining concept.

3. While the Debtor's new concept has been successful, the Debtor has not been able to generate sufficient sales to cover the costs of the redevelopment and redesign, and the Debtor defaulted on repayment obligations to Metro and several other creditors purporting to hold liens and security interests on substantially all of the Debtor's assets. As a result, the Debtors found it necessary to file this instant Chapter 11 Bankruptcy.

4. On the Petition Date, the Debtor sought authority to use the cash generated from its operations. On September 15, 2009, the Court entered an interim order (the "Order") granting the Debtor's request. To date, the Debtor has complied with all terms of the Order including making interim adequate protection payments to Metro in the amount of $2,500.00 per week.

## **NEAR TERM GOALS IN THIS CHAPTER 11 CASE**

5. The Debtor anticipates filing its schedules and statement of financial affairs no later than September 30, 2009.

6. By way of this case, the Debtor intends to file a plan providing for (i) the restructuring of its debts, including the debt of Metro; and (ii) the reorganization of the Debtor as a functioning entity.

7. The Debtor has engaged in negotiations with Metro and other creditors regarding the terms of a plan and the Debtor is hopeful that it will have its plan on file within a month of filing its schedules and statements.

Dated: September 21, 2009.

Respectfully submitted,

BRYAN CAVE LLP

By: */s/ Katherine M. Windler*
    Katherine M. Windler
State Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 260-1405

Eric S. Prezant
Illinois Bar No. 06239611
Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

and

John C. Leininger
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Attorneys for Table 8, LLC

And

Jeffrey W. Shields
Shields Law Offices
1920 Main Street, Suite 1080
Irvine, CA 92614

Attorney for Metro United Bank

| In re:<br>Table 8, LLC dba 8 oz Burger Bar | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-32934-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. **Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the attached document described as <u>JOINT STATUS REPORT,</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>September 21, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

HON. BARRY RUSSELL
U.S. BANKRUPTCY COURT – CENTRAL DISTRICT
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2009 | Alexa Kim | */s/ Alexa Kim* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

| In re: Table 8, LLC dba 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## CATEGORY II:

### U.S. TRUSTEE:
Office of the United States Trustee (LA)
725 South Figueroa Street Suite 2600
Los Angeles, CA 90017

### TOP 20 CREDITORS:

7661 Melrose Associates, LLC
Prime Time Financial Inc.
1801 Century Park East #1201
Los Angeles, CA 90067

Argent Custom Furniture
3217 Exposition Place
Los Angeles CA 90018

Tepper Bar Supply
2250 Cotner Avenue
W. Los Angeles, CA 90064

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90045-0027

Sysco
20701 East Currier Road
Walnut, CA 91789

Skyscraper Brewing Company
3229 Durfee Avenue
El Monte, CA 91732

Total Refrigeration & Air Conditioning
2500 Fender Ave. Suite A
Fullerton, CA 92831

Atmosphere Creative
4519 Sunset Blvd.
Los Angeles, CA 90027

Stone Brewing Company
1999 Citracado Parkway
Escondido CA 92829

Melrose Baking Company
7356 Melrose Ave
Los Angeles CA 90046

Consolidated Disposal Service
P.O. Box 78010
Phoenix, AZ 85062-8010

Dept. of Alcoholic Beverage Control
3530 Wilshire Blvd., Suite 1110
Los Angeles, CA 90010

Best Exhaust Maintenance Service
P.O. Box 514026
Los Angeles, CA 90051

Santa Monica Seafood
18531 Broadwick Street
Rancho Dominguez, CA 90220

LA DWP 4-01
PO Box 30808
Los Angeles, CA 90030-0808

L.A. County Treasure Tax Collector
P.O. Box 54027
Los Angeles, CA 90045-0027

Ink Keepers
11-52 44th Drive
Long Island, NY 11101-5108

LA County District Attorney
P.O. Box 86407
Los Angeles, CA 90086

Vortex
3198-M Airport Loop
Costa Mesa, CA 92626-3407

Artisan Ales
1260 Lincoln Ave., Ste 200
Pasadena, CA 91103

AT&T – 8258
Payment Center
Sacramento, CA 95887-0001