# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  Table 8, LLC d/b/a 8 oz Burger Bar  ,  Case No. 09-32934 BR
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: August 2009                              Date filed: 09/29/2009

Line of Business: Restaurant                    NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Josh Woodward
Original Signature of Responsible Party

Josh Woodward
Printed Name of Responsible Party

| | Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 44,755.66 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 550.00 |
| Cash on Hand at End of Month | $ | 961.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 961.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 16,980.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 37,342.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 16,980.00 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 20,362.75 |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 3,547.49

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 52 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 52 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected     | Actual        | Difference   |
|-------------|---------------|---------------|--------------|
| INCOME      | $ 35,000.00   | $ 37,342.00   | $ 2,342.00   |
| EXPENSES    | $ 25,000.00   | $ 16,980.00   | $ -8,020.00  |
| CASH PROFIT | $ 10,000.00   | $ 20,362.00   | $ 10,362.00  |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 185,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 160,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 25,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# 8 Oz - Before 08-26-09 deletions
## Profit & Loss
### August 27 - 31, 2009

|  | Aug 27 - ... |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Sales | |
| 4010 · Food | 25,307.32 |
| 4020 · Wine | 1,154.00 |
| 4030 · Liquor | 4,487.00 |
| 4040 · Beer | 5,023.00 |
| 4050 · Beverage | 1,371.50 |
| **Total 4000 · Sales** | 37,342.82 |
| **Total Income** | 37,342.82 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | |
| 5050 · Food | |
| 5100 · Food Purchases | |
| 5102 · Meat | 2,562.63 |
| 5103 · Poultry | 533.00 |
| 5105 · Cheese | 799.31 |
| 5106 · Dairy | 134.00 |
| 5107 · Produce | 2,193.37 |
| 5108 · Grocery | 293.35 |
| 5109 · Bread | 838.30 |
| **Total 5100 · Food Purchases** | 7,353.96 |
| **Total 5050 · Food** | 7,353.96 |
| 5390 · Bar | |
| 5400 · Wine | |
| 5410 · Wine Purchases | 552.00 |
| **Total 5400 · Wine** | 552.00 |
| 5500 · Liquor | |
| 5510 · Liquor Purchases | 1,015.04 |
| **Total 5500 · Liquor** | 1,015.04 |
| 5600 · Beer | |
| 5610 · Beer Purchases | 347.00 |
| **Total 5600 · Beer** | 347.00 |
| 5800 · Bar Grocery | |
| 5810 · Bar Grocery Purchases | 220.05 |
| **Total 5800 · Bar Grocery** | 220.05 |
| **Total 5390 · Bar** | 2,134.09 |
| **Total 5000 · Cost of Goods Sold** | 9,488.05 |
| **Total COGS** | 9,488.05 |
| **Gross Profit** | 27,854.77 |
| **Expense** | |
| 6000 · Total Expenses | |
| 6100 · Payroll and Benefits | |
| 6170 · Management Fees | 1,500.00 |
| **Total 6100 · Payroll and Benefits** | 1,500.00 |
| 6500 · Operating Expenses | |
| 6540 · Credit Card Fees | 811.53 |
| 6620 · Kitchen Supplies | 294.68 |
| 6640 · Laundry & Linen | 569.21 |
| 6690 · Repair & Maintenance | 260.00 |
| 6710 · Trash | 50.00 |
| **Total 6500 · Operating Expenses** | 1,985.42 |

Page 1

Page 6 of 7 received on 9/29/2009 6:26:30 PM [Eastern Daylight Time] for 2206740.

# 8 Oz - Before 08-26-09 deletions
# Profit & Loss
## August 27 - 31, 2009

|  | Aug 27 - ... |
|---|---:|
| **7000 · Administrative Expenses** | |
| 7025 · Bank Fees | 221.00 |
| 7036 · Consulting | 1,000.00 |
| 7068 · Outside Services | 2,266.00 |
| 7090 · Taxes | 304.73 |
| 7100 · Telephone | 214.87 |
| **Total 7000 · Administrative Expenses** | 4,006.60 |
| **Total 6000 · Total Expenses** | 7,492.02 |
| **Total Expense** | 7,492.02 |
| **Net Ordinary Income** | 20,362.75 |
| **Net Income** | 20,362.75 |

Page 2

Page 7 of 7 received on 9/29/2009 6:26:30 PM [Eastern Daylight Time] for 2206740.

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described <u>MONTHLY OPERATING REPORT,</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>September 29, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL:**
UNITED STATES TRUSTEE (LA)
725 S. FIGUEROA ST., 26TH FLOOR
LOS ANGELES, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2009 | Alexa Kim | */s/ Alexa Kim* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**