Katherine M. Windler
State Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 260-1405

Eric S. Prezant
Illinois Bar No. 06239611
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

and

John C. Leininger
Texas Bar No. 24007544
Bryan Cave LLP
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Proposed Attorneys for Table 8, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | § Case No. 2:09-bk-32934 BR |
| | § |
| TABLE 8, LLC, d/b/a 8 oz. BURGER BAR, | § Chapter 11 |
| | § |
| Debtor. | § |

**DEBTOR'S SECOND EMERGENCY MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

## SUMMARY

Pursuant to Local Bankruptcy Rules 1007-1 (e), 2081-I(a)(2) and 9075-1 and Federal Rule of Bankruptcy Procedure Rule 1007(c), Table for 8, LLC d/b/a 8 oz. Burger Bar ("Debtor"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, hereby moves, on an emergency basis (the "Motion"), for entry of an order extending the time within which the

Debtor must (1) file its Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements"). The Schedules and Statements for the Debtor are currently due on September 30, 2009. By this Motion, the Debtor requests an extension through October 1, 2009 to file its Schedules and Statements.

In addition to addressing Chapter 11 transition issues during the first few weeks of its case (issues which are mostly unfamiliar to the Debtor), the Debtor has continued operating the Debtor's business in an orderly and efficient manner. The Debtor has prepared a draft of the Schedules and Statements, however, such draft is not appropriate for filing. The Debtor respectfully requests the Court grant it an additional day to finalize its Schedules and Statements so that they can be filed in an accessible format.

Counsel for the Debtor has discussed this extension with counsel for the United States Trustee and counsel for the United States Trustee is not opposed to the extension.

## **CONCLUSION**

**WHEREFORE**, the Debtor respectfully requests that this Court hold a hearing on the Motion and issue an order:

(a)  granting the Motion;

(b)  affirming the adequacy of the notice given;

(c)  extending the deadline by which the Debtor must file its Schedules and Statements through October 1, 2009; and

(d)  granting such other and further relief as the Court deems just and proper.

Dated: September 30, 2009     **BRYAN CAVE LLP**

By:    //s// Katherine M. Windler
        Katherine M. Windler

Proposed Attorneys for
Chapter 11 Debtor
Debtor in Possession

SM01DOCS\753266.1      2

| In re: | CHAPTER 11 |
|---|---|
| Table 8, LLC d/b/a 8 oz Burger Bar | |
| Debtor(s). | CASE NUMBER 09-32934-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described DEBTOR'S SECOND EMERGENCY MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On September 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HON. BARRY RUSSELL
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E. TEMPLE STREET, SUITE 1660
LOS ANGELES, CA 90012

VIA U.S. MAIL:
UNITED STATES TRUSTEE (LA)
725 S. FIGUEROA ST., 26TH FLOOR
LOS ANGELES, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2009 | Alexa Kim | */s/ Alexa Kim* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |