B 6B (Official Form 6B) (12/07)

In re  Table 8, LLC d/b/a 8 oz Burger Bar       ,   Case No.  09-32934-BR
        **Debtor**                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account 2151470633 | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Lease Security Deposit | | 19,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Table 8, LLC d/b/a 8 oz Burger Bar  ,  Case No.  09-32934-BR
                    **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __Table 8, LLC d/b/a 8 oz Burger Bar__,  Case No. __09-32934-BR__
   **Debtor**  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor License #47354198 | | 70,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attached Inventory (Schedule B-28) | | 30,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

_____2_____ continuation sheets attached    Total▶    $    119,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Table 8 Inventory List
Schedule B-28

**Dining Room & Bar**

8 standard 2-Top bar tables, wood and steel, ~2'x2'x4'
16 custom built 2-Top tables, wood and steel, ~2'x3'x3'
4 standard 4-Top tables, wood and steel, ~3'x3'x3'
4 custom built 4-Top tables, wood and steel, ~4'x4'x3'
24 standard bar chairs, wood
55 restaurant chairs, aluminum
7 linear sectional banquets, leather, ~5'
2 banquets, U layout, leather, ~5'x5'
2 banquets, L layout, leather, ~5'x5'
9 mirrors, wood and glass, ~2'x5'
2 mirrors, wood and glass, ~5'x6'
2 Fire Sense standing ourdoor propane heater, model SHCDPH
1 custom bistro chandelier, 11 lights, ~1'x6'x4'
17 metal hanging lights
10 classic bistro hanging lights, glass and steel
3 Hunter ceiling fans, steel
2 Eliason swinging kitchen doors, steel
2 multipurpose rugs, ~5'x15'
3 multipurpose rugs, ~3'x4'
1 sandwich board, wood, ~1'x4'
3 standing vases, plastic, ~4' tall
30 candle holders, alabaster, ~4" diameter, ~5" tall
2 child high seats, plastic
2 child high chairs, wood
15 custom dining chairs, leather
17 assorted picture frames from ~6"x6" to ~2'x2'
2 Dynex flatscreen TVs, ~2'x4'
1 bar cash drawer
2 True 2-door bar refrigerators, model TBB-24-48
1 Superior 2-door beer keg refrigerator with 6 tap head extension, model DD50
3 Krowne ice cube well, steel, model 18-24DP
2 Krowne 3-basin bar sinks, steel, ~1'x5'x3'
2 Allstrong single basin wash sinks, steel, model S1B0912-D-C
1 Hamilton Beach 3-head milkshake blender
2 Anvil panini press
1 $CO_2$ soda system
1 ColdTech 3-door refrigerator with salad station
1 kitchen work table, steel and wood, ~2'x5'x4'
1 custom 2-door waiter station, wood, ~2'x3'x4'
1 custom 2-door hostess stand, wood and glass, ~2'x2'4'
1 Lucent multiline phone
3 Boldata mini PCs, model ST-SMC-I
4 Epson receipt printers, model M291C

**Kitchen & Storage**

1 2-door hutch, wood, ~2'x4'x3'
1 La Cimbali espresso machine, M29 Select
1 Bunn coffee maker, CW15-AP5
1 Delfield refrigerator, 407 or 404a
1 Delfield refrigerator, 4427-6
2 Bunn standard coffee urns
22 cookie sheets, steel
1 True freezer, T-23F
1 ColdTech freezer, J2SFF=21B
1 Traulsen 3-door refrigerator & line station, ~3'x8'x3'
1 ColdTech 2-door refrigerator & line station, ~3'x4'x3'
2 Frymaster deep fryers, ~1'x3'x3'
1 kitchen work table, steel, ~2'x3'x4'
2 kitchen work table, steel, ~2'x6'x3'
1 kitchen work table, steel, ~2'x8'x3'
1 kitchen work table, steel, ~2'x10'x3'
1 Winston electric oven, CAC507GR
1 wood-burning grill, steel, ~2'x2'x3'
1 Wolfe range with oven, ~3'x3'x3'
1 Jade Range salamander heating unit, ~2'x1'x1'
1 gas range with oven, ~3'x3'x3'
1 Aizen ansul fire suppression system
4 standard fire extinguishers
1 2-basin kitchen sink, steel, ~2'x8'x3'
1 1-basin kitchen hand sink, steel
1 kitchen tray storage rack, steel, ~1'x2'x6'
5 frying baskets, steel
41 assorted kitchen storage bins, plastic, from ~4"x4"x4" to ~6"x6"x10"
119 assorted kitchen storage bins, steel, from ~3"x4"x3" to ~10"x18"x5"
35 assorted kitchen pans, steel, from ~4" diameter to ~12" diameter
8 assorted kitchen bowls, steel, from ~4" diameter to ~16" diameter
8 assorted kitchen strainers, steel, from ~4" diameter to ~8" diameter
6 assorted muffin tins, steel, from ~4"x8" to ~8"x12"
8 kitchen tongs, steel
10 assorted kitchen ladles, steel
11 assorted kitchen pots, steel, from ~8" diameter to ~16" diameter
1 KitchenAid blender, Ultra Power
18 stackable glassware storage racks, plastic, ~2'x2'
2 Pelouze kitchen scales
1 AMF Wyott glassware trolley, steel, ~2'x3'x3'
5 kitchen storage racks, steel, ~2'x4'x6'
4 kitchen storage racks, steel, ~1'x4'x6'
1 step ladder, wood, ~1'x3'
1 Hobart dishwasher and counter with 1-basin sink, corner unit, steel, ~5'x5'
1 3-basin kitchen sink, corner unit, steel, ~6'x5'
5 waste bins, plastic, ~6"x2'x3'

1 MemCo French fry cutter, steel
1 Hoshizaki ice cube maker, KM-500MAE
1 Hoshizaki ice cube maker, ~2'x2'x6'
1 Champion juicer, G5-PG-710
1 Vita-Mix blender, VM0100
1 Robot Coupe blender
1 Hobart meat slicer, EDGE
1 Berkel vacuum sealer, 250
1 B&B 1-basin mop sink, steel, ~2'x2'x3'
1 beverage cooler, ~2'x2'x7'
1 McCall refrigerator, 4020
1 True refrigerator, TD-50-18
1 mop bucket and wringer, ~1'x1'x2'
3 multipurpose rugs, ~3'x12'
1 multipurpose rug, ~3'x5'

**Office**

3 office desks, wood, ~2'x6'x3'
2 book shelves, steel and wood, ~1'x2'x5'
1 book shelf, wood, 1'x3'x4'
1 Carlisle heat lamp, HL-7237
1 Fellowes paper shredder, P5-75
1 MFC scanner/fax/copier, 8480DN
1 2wire DSL modem/router, 2701HG-B
1 standard swiveling office chair
6 kitchen storage racks, steel, ~2'x6'x8'
4 file cabinets, wood, ~1'x1'x2'
2 file cabinets, steel, ~1'x1'x2'
8 wall-mounted wine racks, wood, ~4'x4'
1 Cadco electric oven, OV-350
1 Ridgid wet/dry vacuum
1 Viewsonic flat screen monitor, VP171b
1 HP deskjet printer, 6940
1 emachines flat screen monitor, ~15" diagonal
2 emachines desktop computers
3 Lucent multiline telephones