**In re TABLE 8 dba 8 OZ BURGER,**  Case No. **09-32934-BR**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

G Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Prime Time Financial Inc**<br>7661 Melrose Associates LLC<br>1801 Century Park East #1201<br>Los Angeles  CA  90067 | | | Rent - Jul-Aug 09<br>Late Fees - Jul 08-Apr 09 | | | | $  30,040.55 |
| **Apple Fire Prevention**<br>P O Box 251184<br>Glendale  CA  91225-1184 | | | Sep 08 & Apr-May 09 | | | | $  546.00 |
| **AT & T - 8255**<br>AT&T Payment Center<br>Sacramento  CA  95887-0001 | | | Nov-Dec 2008 | | | | $  1,677.43 |
| **Atmosphere Creative**<br>4519 Sunset Blvd<br>Los Angeles  CA  90027 | | | Jul-Oct 08 | | | | $  4,187.12 |
| **Best Exhaust Maintenance Service**<br>Accounts Receivable Dept<br>Fire Protection Service<br>P O Box 25671<br>Anaheim  CA  92825-5164 | | | May-Jul 09 | | | | $  1,783.50 |

In re **TABLE 8 dba 8 OZ BURGER,**     Case No. **09-32934-BR**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor | | Date | | | Amount |
|---|---|---|---|---|---|
| **Blue Cross of California**<br>**Small Groups Services**<br>**P O Box 54630**<br>**Los Angeles  CA  90054-0630**<br>**Group number 327247** | | Dec 07 - Feb 08 | | | $ 8,919.00 |
| **BMI**<br>**10 Music Square East**<br>**Nashville  TN  37203**<br>**Billing #18787071** | | May-Jun 09 | | | $ 338.74 |
| **Bread Los Angeles**<br>**5462 W Adams Blvd**<br>**Los Angeles  CA  90016** | | Sep-Oct 08 | | | $ 255.36 |
| **Coca-Cola USA**<br>**68 Annex**<br>**P O Box 102190**<br>**Atlanta  GA  30368-0190**<br>**Acct #10256241** | | Oct 08-Jun 09 | | | $ 429.99 |
| **Consolidated Disposal Svc**<br>**P O Box 78010**<br>**Phoenix  AZ  85062-8010**<br>**Acct # 3840 70 016 3527** | | Oct 08-Feb 09 | | | $ 2,645.11 |
| **Cypress Insurance Company**<br>**Accounting Dept**<br>**P O Box 881236**<br>**San Francisco  CA  94188**<br>**W-7209486** | | Policy Period<br>02/01/07-02/01/08<br>Billed 06/19/08 | | | $ 660.00 |
| **Epicurean Wines**<br>**811 First Ave, Ste 525**<br>**Seattle  WA  98104** | | 08/06/09 | | | $ 342.00 |
| **Harvest Gate**<br>**7860 Running Deer Road**<br>**Paso Robles  CA  93446** | | Feb 08 - Apr 08 | | | $ 1,572.00 |
| **Humico So. California, Inc.**<br>**256 South Robertson Blvd**<br>**Beverly Hills  CA  90211** | | Jul 08-Aug 09 | | | $ 360.00 |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor | | Date | | | | Amount | |
|---|---|---|---|---|---|---|---|
| **Jennings, Steine & Co.**<br>**12100 Wilshire Blvd., Ste 400**<br>**Los Angeles  CA  90025** | | Dec 07 - Jul 08 | | | | $ | 20,674.16 |
| **Le Sanctuaire**<br>**315 Sutter Street**<br>**5th Floor**<br>**San Francisco  CA  94108** | | Jul 08 | | | | $ | 4,862.41 |
| **Melrose Baking Co**<br>**7356 Melrose Ave**<br>**Los Angeles  CA  90046**<br>**Co Code: 8 Oz** | | Jul 09 - Aug 09 | | | | $ | 1,725.36 |
| **Next Day Gourmet**<br>**15040 Oxnard Street**<br>**Van Nuys  CA  91411**<br>**Acct # 01021741** | | Jul 08 | | | | $ | 1,712.28 |
| **Olympia Medical Center**<br>**5900 West Olympic Blvd**<br>**Los Angeles  CA  90036-4671**<br>**Insured ID #: 408452838 - Vernon McHenry** | | May 07 | | | | $ | 534.00 |
| **Skyscraper Brewing Company**<br>**3229 Durfee Ave**<br>**El Monte  CA  91732** | | Jun 09-Aug 09 | | | | $ | 4,552.35 |
| **Sonoma County Poultry**<br>**Liberty Ducks**<br>**P O Box 140**<br>**Penngrove  CA  94951-0140** | | May 07 - Aug 07 | | | | $ | 2,567.30 |
| **Tepper Bar Supply**<br>**2250 Cotner Ave**<br>**W. Los Angeles  CA  90064** | | Jul 08 - May 09 | | | | $ | 9,898.80 |
| **Total Refrigeration & Air Conditioning**<br>**2500 Fender Ave., Unit A**<br>**Fullerrton  CA  92831** | | Jun 09 - Jul 09 | | | | $ | 2,171.34 |
| **Vortex**<br>**3198-M Airport Loop**<br>**Costa Mesa, CA 92626-3407**<br>**Job #462851** | | 03/31/09 | | | | $ | 1,032.00 |
| **TOTAL** | | | | | | $ | 103,486.80 |