Katherine M. Windler
State Bar No. 158899
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 260-1405
katherine.windler@bryancave.com

Eric S. Prezant
Illinois Bar No. 06239611
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

John C. Leininger
Texas Bar No. 24007544
Bryan Cave LLP
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Proposed Attorneys for Table 8, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | § Case No. 09-32934-BR |
| | § |
| TABLE 8, LLC, d/b/a 8 oz. BURGER BAR, | § Chapter 11 |
| | § |
| Debtor. | § **DEBTOR'S OBJECTION TO MOTION UNDER 11 U.S.C. § 1112(B) TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON** |

Table 8, LLC d/b/a 8 oz Burger Bar, debtor and debtor in possession ("Table 8" or the "Debtor") in the above referenced bankruptcy case hereby files its Objection to Motion Under 11 U.S.C. § 1112(b) to Convert or Dismiss Case With An Order Directing Payment of Quarterly Fees

1

**DEBTOR'S OBJECTION TO MOTION TO CONVERT OR DISMISS CASE**

and for Judgment Thereon (the "Objection") and in support thereof respectfully represents as follows:

**<u>Background</u>**

1. On August 26, 2009 (the "Petition Date"), Table 8, LLC d/b/a 8 oz. Burger Bar (the "Debtor") filed a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtor is operating its business and managing its financial affairs and operating its bankruptcy estate as debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. Table 8 is a privately held limited liability company formed under the laws of the state of California. Table 8 owns and operates a casual dining restaurant and bar concept known as 8 oz Burger Bar in Los Angeles California. The Debtor employs approximately 40 persons.

3. The Debtor was formed in October, 2002. The Debtor was originally established as a fine dining restaurant known as Table 8. However, due to the availability of many other fine dining options in the area and the general unpredictability of success for any new restaurant, Debtor failed to achieve and sustain profitability. In response to the weak financial performance, the fine dining concept was abandoned and Debtor was completely redesigned into 8 oz Burger Bar. In redesigning the restaurant's theme and decor, the Debtor undertook a significant amount of additional indebtedness from several parties in order to complete the redesign.

4. On or about October 12, 2006, the Debtor obtained a $600,000 loan (the "Loan") from Metro United Bank (the "Lender"). On or about September 1, 2007, the Debtor refinanced the Loan with the Lender. Subsequently the Debtor defaulted on its obligations under the Loan. On March 9, 2009, the Lender obtained an arbitration award in the amount of $705,226.01 against the Debtor on account of the Loan.

5. Despite the initial success of the Debtor's new 8 oz Burger Bar concept, the Debtor has not been able to generate sufficient sales to cover the costs of the redevelopment and redesign, and the Debtor's have defaulted on repayment obligations to the Lender and several other creditors purporting to hold liens and security interests on substantially all of the Debtor's assets. As a result, the Debtor have found it necessary to file this instant Chapter 11 Bankruptcy.

**DEBTOR'S OBJECTION TO MOTION TO CONVERT OR DISMISS CASE**

6. On September 23, 2009, the Office of the United States Trustee for the Central District of California (the "Trustee") filed its Motion Under 11 U.S.C. § 1112(b) to Convert or Dismiss Case With An Order Directing Payment of Quarterly Fees (the "Motion"). In the Motion the Trustee sought dismissal or conversion of the Debtor's case for the Debtor's failure to comply with the Court's local rules related to providing certain documents to the Trustee.

7. Since receiving the Motion, the Debtor has worked diligently to compile the information requested by the Trustee and to provide it to the Trustee. With the exception of information related to the Debtor's bank account, the Debtor provided the Trustee with all requested information. On the date hereof, the Debtor filed its Emergency Motion for Authorization to Maintain it Existing Cash Management System and Bank Account.

8. Additionally, since the Motion was filed the Debtor has filed its first monthly operating report, prepared and filed its schedules and appeared at the first meeting of creditors scheduled in this case.

9. The Debtor is prosecuting its case in good faith and intends to honor the deadlines established by the Trustee, the bankruptcy code and bankruptcy rules moving forward.

10. Dismissal of conversion of the Debtor's case would result in hardship and loss not only to the Debtor but also its estate and creditors.

WHEREFORE, the Debtor respectfully requests the Court enter an Order denying the Trustee's Motion and granting such other and further relief as the Court deems just and proper.

Dated: October 13, 2009      **BRYAN CAVE LLP**

By:    //s// Katherine M. Windler
        Katherine M. Windler
        Proposed Attorneys for
        Chapter 11 Debtor in Possession
        Table 8, LLC

3

**DEBTOR'S OBJECTION TO MOTION TO CONVERT OR DISMISS CASE**

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 09-32934-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described as: DEBTOR'S OBJECTION TO MOTION UNDER 11 U.S.C. § 1112(B) TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 13, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **HON. BARRY RUSSELL**<br>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>255 E. TEMPLE STREET, SUITE 1660<br>LOS ANGELES, CA 90012 | **VIA U.S. MAIL:**<br>UNITED STATES TRUSTEE (LA)<br>725 S. FIGUEROA ST., 26TH FLOOR<br>LOS ANGELES, CA 90017 |
|---|---|

**REQUEST FOR SPECIAL NOTICE – VIA US MAIL:**

| 7661 Melrose Associates, LLC<br>Novian & Novian, LLP<br>1801 Century Park East, Ste 1201<br>Los Angeles, CA 90067 | Gerold E. Washington, Paralegal<br>Legal Receivables Analyst<br>The Coca-Cola Company<br>8601 Dunwoody Place, Suite 502<br>Atlanta, Georgia 30350-2551 |
|---|---|

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 13, 2009 | Alexa Kim | */s/ Alexa Kim* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                        **F 9013-3.1**