1 Katherine M. Windler
State Bar No. 158899
2 Bryan Cave LLP
120 Broadway, Suite 300
3 Santa Monica, California 90401
Telephone: (310) 576-2100
4 Facsimile: (310) 260-1405
Email: katherine.windler@bryancave.com

Eric S. Prezant
Illinois Bar No. 06239611
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

John C. Leininger
Texas Bar No. 24007544
Bryan Cave LLP
JP Morgan Chase Tower
Suite 3300
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 721-8000
Facsimile: (214) 721-8100

Proposed Attorneys for Table 8, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 09-32934-BR |
| TABLE 8, LLC, d/b/a 8 oz. BURGER BAR, | Chapter 11 |
| Debtor. | **DEBTOR'S EMERGENCY MOTION FOR AN ORDER: (A) AUTHORIZING THE CONTINUED USE OF DEBTOR'S CASH MANAGEMENT SYSTEM, AND (B) AUTHORIZING THE MAINTENANCE OF DEBTOR'S EXISTING BANK ACCOUNT** |
| | **Date:** None set |
| | **Time:** None set |
| | **Courtroom: 1668** |

## SUMMARY

Pursuant to Local Bankruptcy Rules 2081-1(a)(9) and 9075-1 and 11 U.S.C. §105, Table for 8, LLC d/b/a 8 oz. Burger Bar (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, hereby moves, (the "Motion"), for the entry of an order of the Court: (i) authorizing the continued use of the Debtor's existing cash management system, and (ii) authorizing the maintenance and continued use of the Debtor's existing bank account (the "Bank Account").

As described more fully in the *Memorandum of Points and Authorities* annexed hereto, as of the filing date, the Debtor maintained one bank account.

The Debtor approached eleven (11) banks on the United States Trustee's list of approved depository institutions to establish a debtor-in-possession bank account and was rejected by each one. As such, the relief requested herein will permit the Debtor to continue using its pre-petition account.

## ADDITIONAL INFORMATION

This Motion is based upon Bankruptcy Rules 2081-1(a)(9) and 9075-1 and 11 U.S.C. §105, this Motion, the supporting Memorandum of Points and Authorities, the arguments and statements of counsel to be made at the hearing on the Motion, and other admissible evidence properly brought before the Court.

The Debtor has served a copy of this Motion and all supportive papers (including notice of the hearing) upon the Office of the United States Trustee, all secured creditors and their counsel (if known), the Debtor' 20 largest unsecured creditors, and other parties in interest.

///

///

///

///

///

///

///

2

DEBTOR'S EMERGENCY MOTION FOR AN ORDER; MEMORANDUM

**WHEREFORE**, the Debtor respectfully requests that this Court hold a hearing on the Motion and issue an order:

    (a)    granting the Motion;

    (b)    affirming the adequacy of the notice given;

    (c)    authorizing the Debtor to maintain its prepetition cash management system and bank account in place; and

    (d)    granting such other and further relief as the Court deems just and proper.

Dated: October 12, 2009          **BRYAN CAVE LLP**

                                      By:    <u>//s// Katherine M. Windler</u>
                                                    Katherine M. Windler
                                                    Proposed Attorneys for Chapter 11
                                                    Debtor in Possession Table 8, LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

**A.      Background.**

1.      On August 26, 2009 (the "Petition Date"), Table 8, LLC d/b/a 8 oz. Burger Bar (the "Debtor") filed a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code").  The Debtor is operating its business and managing its financial affairs and operating its bankruptcy estate as debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      Table 8 is a privately held limited liability company formed under the laws of the state of California.  Table 8 owns and operates a casual dining restaurant and bar concept known as 8 oz Burger Bar in Los Angeles California.  The Debtor employs approximately 40 persons.

3.      The Debtor was formed in October, 2002.  The Debtor was originally established as a fine dining restaurant known as Table 8.  However, due to the availability of many other fine dining options in the area and the general unpredictability of success for any new restaurant, Debtor failed to achieve and sustain profitability.  In response to the weak financial performance, the fine dining concept was abandoned and Debtor was completely redesigned into 8 oz Burger Bar.  In redesigning the restaurant's theme and decor, the Debtor undertook a significant amount of additional indebtedness from several parties in order to complete the redesign.

4.      On or about October 12, 2006, the Debtor obtained a $600,000 loan (the "Loan") from Metro United Bank (the "Lender").  On or about September 1, 2007, the Debtor refinanced the Loan with the Lender.  Subsequently the Debtor defaulted on its obligations under the Loan.  On March 9, 2009, the Lender obtained an arbitration award in the amount of $705,226.01 against the Debtor on account of the Loan.

5.      Despite the initial success of the Debtor's new 8 oz Burger Bar concept, the Debtor has not been able to generate sufficient sales to cover the costs of the redevelopment and redesign, and the Debtor's have defaulted on repayment obligations to the Lender and several other creditors purporting to hold liens and security interests on substantially all of the Debtor's assets.  As a result, the Debtor have found it necessary to file this instant Chapter 11 Bankruptcy.

**B.     The Debtor's Existing Bank Account and Cash Management System.**

6.     As of the Petition Date, the Debtor maintained one active bank account in connection with the operation of its business (the "Bank Account"). The Bank Account is maintained at Bank of America ("BofA").

7.     The Debtor's cash management system, the principal components of which are described below, provides an efficient and secure means of collecting, managing and disbursing cash for the Debtor's daily operations.

8.     All of the Debtor's cash receipts are from sales generated at its restaurant. Each day, the Debtor deposits all of its daily cash receipts into the Bank Account. In addition, all of the Debtor's credit card receipts are deposited into the Bank Account. The Debtor also pays all of its operating costs and payroll with checks drawn on the Bank Account.

9.     Because the Debtor's efforts to establish a debtor-in-possession account have not been successful it is necessary for the Debtor to continue using its existing Bank Account to (a) handle deposits from sales and (b) pay the Debtor's landlord, vendors and employees.

10.     By this Motion, the Debtor requests authority to designate, maintain and continue to use the Bank Account in the name and with the account number existing as of the Petition Date, provided, however, the Debtor reserves the right to close the Bank Account and open other new debtor-in-possession account as may be necessary to facilitate the Debtor's chapter 11 case and operations. The Debtor further requests authority to deposit funds in and withdraw from funds from the Bank Account by all usual means including, but not limited to, checks, wire transfers, automated clearinghouse transfers, electronic funds transfers and other debits.

11.     If the Debtor is not permitted to maintain and utilize its Bank Account, the resultant prejudice will include significant: (a) disruption in the ordinary financial affairs and business operations of the Debtor; (b) delay in the administration of the Debtor's estate; and (c) substantial cost to the estates to set up a new system and open new Account.

## II. DISCUSSION

Section 105(a) of the Bankruptcy Code provides:

> "The court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process."

11 U.S.C. § 105(a). All of the relief requested in this Motion is within the Court's authority to grant at its discretion. The Debtor respectfully requests that the Court exercise its discretion to grant the relief requested herein.

**A.     The Court Should Authorize The Debtor To Maintain Its Prepetition Cash Management System And Bank Account.**

Courts have routinely granted chapter 11 Debtor authority to continue using their existing cash management systems. *See, In re Pathmark Stores. Inc. et al.*, Case No. 0002963(JJF) (D. Del. July 13, 2000); *In re Safety-Kleen Corp.*, Case No. 00-02303(PJW) (Bankr. D. Del. June 13, 2000); *In re Eagle Food Centers, Inc.*, Case No. 00-01311(RRN) (D. Del. March 2, 2000); *In re Philip Services (Delaware), Inc.*, Case No. 99-02385(MEW) (Bankr. D. Del. June 30, 1999); *see also, In re Grant Broadcasting of Philadelphia, Inc.*, 75 RR. 819 (E.D. Penn. 1987); *In re Charter Company, et al*, 778 F.2d 617 (lIth Cir. 1985). However, there does not appear to be any reported case arising out of the United States Bankruptcy Court for the Central District of California which addresses authority to maintain pre-petition bank Account and cash management system.

The Office of the United States Trustee has established certain operating guidelines for a debtor-in-possession in order to supervise the administration of chapter 11 cases. These guidelines require chapter 11 Debtor to, among other things; (i) close all existing bank Account and open new debtor-in-possession bank Account; (ii) establish one debtor-in-possession account for all estate monies required for the payment of taxes, including payroll taxes; (iii) maintain a

DEBTOR'S EMERGENCY MOTION FOR AN ORDER; MEMORANDUM

separate debtor-in-possession account for cash collateral; and (iv) obtain checks for all debtor-in-possession account which bear the designation "Debtor-in-Possession," the bankruptcy case number and the type of accounts.

The Debtor routinely deposits, withdraws and otherwise transfer funds to, from the Bank Account by various methods, including check, wire transfer, automated clearing house transfer and electronic funds transfer. The Debtor completes numerous transactions per month through the Bank Account. If the Debtor is not permitted to maintain and continue using the Bank Account, there will be a significant disruption to the Debtor's business, thereby impairing the Debtor's effort to reorganize and pursue other alternatives to maximize the value of its estate. The Bank Account is part of an established cash management system that the Debtor needs to maintain to ensure orderly and smooth collections from customers during the course of this case.

Based on the foregoing, the Debtor respectfully requests that the Court enter an order permitting the Debtor to maintain its current cash management system, keep open the Bank Account and waive the requirement for the Debtor to open any other debtor-in-possession Account at this time.

### III. CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that this Court hold a hearing on the Motion and issue an order:

(a) granting the Motion;

(b) affirming the adequacy of the notice given;

(c) authorizing the Debtor to maintain its pre-petition cash management system and bank account in place; and

(d) granting such other and further relief as the Court deems just and proper.

Dated: October 13, 2009         **BRYAN CAVE LLP**

                                By:    //s// Katherine M. Windler
                                       Katherine M. Windler
                                       Proposed Attorneys for Chapter 11
                                       Debtor in Possession Table 8, LLC

| In re:<br>Table 8, LLC dba 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described <u>DEBTOR'S EMERGENCY MOTION FOR AN ORDER: (A) AUTHORIZING THE CONTINUED USE OF DEBTOR'S CASH MANAGEMENT SYSTEM, AND (B) AUTHORIZING THE MAINTENANCE OF DEBTOR'S EXISTING BANK ACCOUNT,</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>October 13, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
LA, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 13, 2009 | Alexa Kim | */s/ Alexa Kim* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.**
January 2009                                                                                               **F 9013-3.1**

| In re:<br>Table 8, LLC dba 8 oz Burger Bar<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 09-32934-BR |
|---|---|

## SERVICE LIST – VIA US MAIL

**U.S. TRUSTEE**:
Office of the United States Trustee (LA)
725 South Figueroa Street Suite 2600
Los Angeles, CA 90017

**CREDITORS:**

944 Media LLC
Dept 2082
PO BOX 29675
Phoenix, AZ 85038-9675

7661 Melrose Associates
Prime Time Financial Inc
1801 Century Park East #1201
Los Angeles, CA 90067

Aaron Cook
8033 Sunset Blvd #467
Hollywood, CA 90046

~~ADirect US Inc~~
~~P O Box 66730~~
~~Los Angeles, CA 90066~~

All Spirits Inc
2005 Pinehurst Rd
Los Angeles, CA 90068

~~Aloha Island~~
~~9015 Phyllis Ave~~
~~W Hollywood CA 90060~~

American Express
PO Box 53773
Phoenix, AZ 85072-3773

**Attorneys for Metro United Bank:**
Jeffrey W. Shields
Shields Law Offices
1920 Main Street, Suite 1080
Irvine, CA 92614

Anderson Builders
14431 Ventura Blvd, #202
Sherman Oaks, Ca 91423

Apple Fire Prevention
PO Box 251184
Glendale, CA 91225-1184

Atlas Industrial Cleaning Supplies
4511 New York Ave
Union City, NJ 07087

Atmosphere Creative
4519 Sunset Blvd
Los Angeles CA 90027

Best Exhaust Maintenance Service
Accounts Receivable
PO Box 514026
Los Angeles CA 90051

Bacio Divino Wines
P O Box 131
Rutherford, CA 94573

BMI
10 Music Square East
Nashville TN 37203

Boulevard Florist - Lawndale
14507 Hawthrone Blvd
Lawndale, CA 90260

| In re: | CHAPTER 11 |
|---|---|
| Table 8, LLC dba 8 oz Burger Bar | |
| Debtor(s). | CASE NUMBER 09-32934-BR |

# SERVICE LIST – VIA US MAIL

Brad Barrett
524 N La Jolla
Los Angeles, CA 90048

Bread Los Angeles
~~5462 W Adams Blvd~~
~~Los Angeles, CA 90016~~
1527 Beach Street
Montebello, CA 90640

Broadleaf
5600 S Alameda St
Suite 100
Vernon, CA 90058

~~Bruce Hecker~~
~~13631 Saticoy Street~~
~~Chula Vista, CA 91914~~

Cary M Schwartz DDS
9675 Brighton Way PH-A
Beverly Hills, CA 90210

Chase Merchant Services
5251 Westheimer Road - 6th Fl
Houston, TX 77058-5404

Chris Campbell
623 N Sweetzer Avenue
West Hollywood, CA 90048

Coca-Cola USA
68 Annex
PO Box 102190
Atlanta, GA 30368-0190

Cole Bailey Vineyards
1482 Inez Way
Redwood Valley CA 95470

Consolidated Disposal Svc
P O Box 78010
Phoenix, AZ 85062-8010

Cypress Insurance Company
Accounting Dept
PO Box 88 1236
San Francisco, CA 94188

Dale Bros Brewery
1495 W Ninth St, Ste 603
Upland CA 91786

Eversoft
707 West 16th Street
Long Beach, CA 90813

Farella Park Vineyards
2222 Third Ave
Napa, CA 94558

Frog's Leap
PO Box 189
Rutherford CA 94573-0189

| In re: Table 8, LLC dba 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST – VIA US MAIL

Gay L Harwin Esquire
9454 Wilshire Blvd Suite 707
Beverly Hills, CA 90212

Global Swift Funding
Attn: Tim Irish
809 Bowsprit Road
Chula Vista, CA 91914

Greg Silverman
13724 Valley Vista Blvd
Sherman Oaks, CA 91423

Harvest Gate
7860 Running Deer Road
Paso Robles, CA 93446

Heartland Payment Systems
1437 Youngstown Center
Jefferson, IN 47130

Humico So California, Inc
256 South Robertson Blvd
Beverly Hills CA 90211

In Entertainment
C/O Paine & Co
4078 W 7th St
Los Angeles CA 90005

Ink Keepers
11-52 44th Drive
Long Island NY 11101-5108

Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
300 N Los Angeles St
Los Angeles, CA 90012

~~Kama Beverages of America~~
~~7409 Beverly Blvd~~
~~Los Angeles CA 90036~~

Lazy Creek Vineyards
4741 Highway 128
Box 176
Philo, CA 94568

LA District Attorney:
Bad Check Restitution Program
PO Box 86407
Los Angeles, CA 90086

Los Angeles County Tax Collector
~~PO Box 54027~~
~~Los Angeles, CA 90045-0027~~
500 W Temple Street
Los Angeles, CA 90012

Marina Carbonics
PO Box 3399
Santa Monica, CA 90408

McGrath Family Farm
505 N Wood Road
Camarillo, CA 93010

Melville Winery
c/o Grapevine Wine Company
205 Avenue 1 Suite
Redondo Beach, CA 90277

Metro United Bank
7320 Clairemont Mesa Blvd
San Diego, CA 92111

NASA Services
PO Box 1755
Montebello, CA 90640

| In re: | CHAPTER 11 |
| --- | --- |
| Table 8, LLC dba 8 oz Burger Bar | |
| Debtor(s). | CASE NUMBER 09-32934-BR |

# SERVICE LIST – VIA US MAIL

Nationwide Credit Inc
3600 E University Dr Ste 81350
Phoenix, AZ  85034-7296


~~Next Day Gourmet~~
~~15040 Oxnard Street~~
~~Van Nuys, CA  91411~~


Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, NW
Washington, DC 20530


Office of the Attorney General
1200 US Courthouse
312 North Spring Street
Los Angeles, CA 90012


Office of the District Attorney
County of San Luis Obispo
1055 Monterey Street
San Luis Obispo, CA 93408


~~Olympia Medical Center~~
~~5900 West Olympic Blvd~~
~~Arcadia, CA  91066-1748~~


Ovene Winery
101 S Kraemer Blvd Ste 111
Placentia, CA  92870


P H Rendering
PO Box 470048
Los Angeles, CA  90047


Plotkin Rapaport LlP
16633 Ventura Blvd Ste 800
Encino, CA  91436-1841


Premier Meat Company
PO Box 58183
Vernon CA 90058


RJ's Soda Service
4330 San Gabriel River Pkwy
Pico Rivera CA 90660


Regal Wine Co
PO Box 60000
San Francisco, CA  94160-2956


Restaurant News
PO Box 5038
Brentwood, TN  37024


Rick Campos Plumbing Inc
5600 Venice Blvd
Los Angeles, CA  90019


Ron Rivlin
Coast II Coast Entertainment Inc
3350 Wilshire Blvd, Suite 1200
Los Angeles, CA 90010


Sabre Technologies Inc
200 East 31st  St
Savannah, CA  31401


Sam Englebardt
100 North Crescent Drive, #250
Beverly Hills, CA 90210


Santa Monica Seafood
18531 Broadwick Street
Rancho Dominguez, CA 90220

| In re: Table 8, LLC dba 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## **SERVICE LIST – VIA US MAIL**

Securities and Exchange Commission
Randall R Lee, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

Securities and Exchange Commission
Headquarters
100 F Street, NE
Washington, DC 20549

Skyscraper Brewing Company
3229 Durfee Ave
EI Monte CA 91732

Sonoma County Poultry
Liberty Ducks
PO Box 140
Penngrove CA 94951-0140

Southern Wine & Spirits
File 56002
Los Angeles CA 90074-6002

Su Casa De Cambio Inc
2132 E Cesar Chavez Ave
Los Angeles, CA  90033

Swat Systems Security Grp Inc
PO Box 3684
Beverly Hills, 90212

Sysco
20701 East Currier Road
Walnut CA 91789

Tepper Bar Supply
2250 Cotner Ave
W Los Angeles, CA 90064

The Aniafa Cheese Company
2332 La Mirada Drive Ste 1000
Vista, CA  92081

The Henry Wine Group
PO Box 513827
Los Angeles CA 90051

Todd K Little
9008 Phyllis Ave
Los Angeles, CA  90069-4409

Total Refrigeration & Air Conditioning
2500 Fender Ave Suite A
Fullerton CA 92831

Trans-Gas Propane Inc
PO Box 3983
Glendale, CA 90046

True to Foam Inc
6606 Randiwood Lane
West Hills, CA  91307

Vanessa Stump Photographer
678 Avenue 21
Los Angeles, CA 90031

Vortex
3198-M Airport Loop
Costa Mesa, CA 92626-3407

Wagstaff Worldwide Inc
6725 Sunset Blvd Suite 590
Los Angeles, CA  90028

Wells Fargo Businessline
Payment Remittance Center
PO Box 54349
Los Angeles CA 90054-0349

West Central Produce
2020 E 7th Place
Los Angeles CA 90021-0331

| In re: Table 8, LLC dba 8 oz Burger Bar | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-32934-BR |

## SERVICE LIST – VIA US MAIL

Westside Emergency Med Assoc
P O Box 661748
Arcadia, CA 91066-1748

William Ulrich Plumbing Company
1342 N Harper Ave
West Hollywood, CA 90046

Wine Warehouse
PO Box 910900
Los Angeles CA 90091

Yee Yuen Linen Service
2575 S Normandie Ave
Los Angeles CA 90007

Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

**REQUEST FOR SPECIAL NOTICE LIST:**

7661 Melrose Associates, LLC
Novian & Novian, LLP
1801 Century Park East, Ste 1201
Los Angeles, CA 90067

Gerold E. Washington, Paralegal
Legal Receivables Analyst
The Coca-Cola Company
8601 Dunwoody Place, Suite 502
Atlanta, Georgia 30350-2551