B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  TABLE 8, LLC dba 8 OZ. BURGER BAR ,  Case No. 09-32934-BR
  *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: SEPTEMBER 2009   Date filed: 10/23/2009

Line of Business: Restaurant   NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Josh Woodward
Original Signature of Responsible Party

Josh Woodward
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 186,919.03

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 961.00 |
| Cash on Hand at End of Month | $ | 9,254.33 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 9,254.33 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 186,746.11

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 186,919.03 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 186,746.11 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 172.92 |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL PAYABLES $ | 21,153.84 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL RECEIVABLES $ | 17,029.80 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 52 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 47 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 17,620.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 23,120.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 185,000.00 | $ 186,919.03 | $ 1,919.03 |
| EXPENSES | $ 160,000.00 | $ 186,746.11 | $ -26,746.11 |
| CASH PROFIT | $ 25,000.00 | $ 172.92 | $ -24,827.08 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 185,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 160,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 25,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# 8 Oz - DIP - Cash Basis
# Balance Sheet
## As of September 30, 2009

|  | Sep 30, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Cash in Bank | |
| 1022 · Checking - New - 0633 | 1,221.24 |
| 1070 · Petty Cash | 8,033.09 |
| Total 1000 · Cash in Bank | 9,254.33 |
| Total Checking/Savings | 9,254.33 |
| **Other Current Assets** | |
| 1100 · Other Accounts Receivable | |
| 1102 · Due From Charge Cards | 12,904.80 |
| 1103 · Employee Advance | 250.00 |
| 1120 · Due to/from Josh Woodward | 5,680.00 |
| 1199 · Suspense | -1,805.00 |
| Total 1100 · Other Accounts Receivable | 17,029.80 |
| Total Other Current Assets | 17,029.80 |
| **Total Current Assets** | 26,284.13 |
| **TOTAL ASSETS** | **26,284.13** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2100 · Other Current Liability | |
| 2109 · Sales Tax Payable | 21,153.84 |
| 2200 · Note Payable -Metro United Bank | -2,500.00 |
| Total 2100 · Other Current Liability | 18,653.84 |
| Total Other Current Liabilities | 18,653.84 |
| Total Current Liabilities | 18,653.84 |
| **Total Liabilities** | 18,653.84 |
| **Equity** | |
| 3000 · Opening Bal Equity | 1,524.98 |
| Net Income | 6,105.31 |
| **Total Equity** | 7,630.29 |
| **TOTAL LIABILITIES & EQUITY** | **26,284.13** |

## 8 Oz - DIP - Cash Basis
## Profit & Loss
### September 2009

|  | Sep 09 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **4000 · Sales** | |
|       4010 · Food | 125,066.11 |
|       4020 · Wine | 7,018.97 |
|       4030 · Liquor | 22,987.60 |
|       4040 · Beer | 25,335.65 |
|       4050 · Beverage | 6,510.70 |
|     **Total 4000 · Sales** | 186,919.03 |
|   **Total Income** | 186,919.03 |
|   **Cost of Goods Sold** | |
|     **5000 · Cost of Goods Sold** | |
|       **5050 · Food** | |
|         **5100 · Food Purchases** | |
|           5102 · Meat | 9,860.48 |
|           5103 · Poultry | 1,737.69 |
|           5104 · Seafood | 722.10 |
|           5105 · Cheese | 3,183.21 |
|           5106 · Dairy | 652.43 |
|           5107 · Produce | 10,145.52 |
|           5108 · Grocery | 5,075.46 |
|           5109 · Bread | 3,197.50 |
|           5111 · Pastry/Dessert | 831.95 |
|         **Total 5100 · Food Purchases** | 35,406.34 |
|       **Total 5050 · Food** | 35,406.34 |
|       **5390 · Bar** | |
|         **5400 · Wine** | |
|           5410 · Wine Purchases | 3,069.65 |
|         **Total 5400 · Wine** | 3,069.65 |
|         **5500 · Liquor** | |
|           5510 · Liquor Purchases | 4,828.57 |
|         **Total 5500 · Liquor** | 4,828.57 |
|         **5600 · Beer** | |
|           5610 · Beer Purchases | 9,230.80 |
|         **Total 5600 · Beer** | 9,230.80 |
|         **5700 · Beverages** | |
|           5710 · Beverage Purchases | 201.60 |
|         **Total 5700 · Beverages** | 201.60 |
|         **5800 · Bar Grocery** | |
|           5810 · Bar Grocery Purchases | 2,054.61 |
|         **Total 5800 · Bar Grocery** | 2,054.61 |
|       **Total 5390 · Bar** | 19,385.23 |
|     **Total 5000 · Cost of Goods Sold** | 54,791.57 |
|   **Total COGS** | 54,791.57 |
| **Gross Profit** | 132,127.46 |

# 8 Oz - DIP - Cash Basis
# Profit & Loss
### September 2009

|  | Sep 09 |
|---|---:|
| **Expense** | |
|   6000 · Total Expenses | |
|     6100 · Payroll and Benefits | |
|       6101 · Payroll | |
|         6105 · Floor | |
|           6110 · Servers | 6,446.33 |
|           6115 · Busers/Runners | 4,687.42 |
|           6150 · Bartenders | 4,489.98 |
|         Total 6105 · Floor | 15,623.73 |
|         6125 · Kitchen | |
|           6130 · Chefs/Cooks | 21,843.06 |
|           6145 · Dishwashers | 3,227.44 |
|         Total 6125 · Kitchen | 25,070.50 |
|         6160 · Managers | 3,089.30 |
|       Total 6101 · Payroll | 43,783.53 |
|       6170 · Management Fees | 9,050.00 |
|       6200 · Workers Compensation | 899.00 |
|       6300 · Medical/Dental Insurance | 365.00 |
|       6450 · Employee Benefits/Meals | 124.00 |
|     Total 6100 · Payroll and Benefits | 54,221.53 |
|     6500 · Operating Expenses | |
|       6515 · Bar Supplies | 243.30 |
|       6530 · Cleaning & Paper Supplies | 2,509.49 |
|       6535 · Computer | 8.00 |
|       6540 · Credit Card Fees | 4,676.41 |
|       6610 · Janitorial | 3,800.00 |
|       6620 · Kitchen Supplies | 1,030.66 |
|       6640 · Laundry & Linen | 2,303.52 |
|       6670 · Music & Entertainment | 149.98 |
|       6675 · Parking | 4.00 |
|       6690 · Repair & Maintenance | 926.77 |
|       6695 · Restaurant Supplies | 294.07 |
|       6700 · Smallwares | 151.72 |
|       6710 · Trash | 510.02 |
|       6720 · Utilities | 644.00 |
|     Total 6500 · Operating Expenses | 17,251.94 |
|     7000 · Administrative Expenses | |
|       7019 · Auto Reimbursments | 46.77 |
|       7025 · Bank Fees | 850.00 |
|       7030 · Bookkeeping | 3,000.00 |
|       7055 · Legal | 4,100.00 |
|       7060 · License & Permits | 2,996.00 |
|       7065 · Office Expense | 100.00 |
|       7068 · Outside Services | 5,154.80 |
|       7085 · Professional Services | 17,620.00 |
|       7088 · Restaurant Development | 78.10 |
|       7100 · Telephone | 1,043.40 |
|       7200 · Travel | 2,992.00 |
|     Total 7000 · Administrative Expenses | 37,981.07 |
|     8000 · Rent | 22,500.00 |
|   Total 6000 · Total Expenses | 131,954.54 |
| **Total Expense** | 131,954.54 |
| **Net Ordinary Income** | 172.92 |
| **Net Income** | 172.92 |

2:09 AM
10/23/09
Accrual Basis

# 8 Oz - DIP - Cash Basis
## Account QuickReport
### As of September 30, 2009

| Date | Num | Name | Split | Credit |
|---|---|---|---|---|
| **1000 · Cash in Bank** | | | | |
| **1070 · Petty Cash** | | | | |
| 09/01/2009 | Cash | Artisan Ales | 5610 · Beer Purchases | 260.00 |
| 09/01/2009 | Cash | Premier Meat Company | 5102 · Meat | 147.15 |
| 09/01/2009 | Cash | Sysco | -SPLIT- | 2,143.00 |
| 09/01/2009 | Cash | West Central Produce | -SPLIT- | 483.96 |
| 09/01/2009 | Cash | West Central Produce | 5109 · Bread | 108.00 |
| 09/01/2009 | Cash | West Central Produce | 5108 · Grocery | 34.00 |
| 09/01/2009 | Cash | Wine Warehouse | -SPLIT- | 384.45 |
| 09/01/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 325.00 |
| 09/01/2009 | Cash | Stone Brewing Company | 5610 · Beer Purchases | 363.35 |
| 09/01/2009 | 422909594 | 7661 Melrose Associates, LLC | 8000 · Rent | 7,500.00 |
| 09/01/2009 | Cash | Matthew J Raske | 6170 · Management Fees | 2,500.00 |
| 09/01/2009 | Cash | William Ulrich Plumbing Company | 6690 · Repair & Maintenance | 285.00 |
| 09/01/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 177.00 |
| 09/02/2009 | Cash | Haralambos Beverage Co. | 5610 · Beer Purchases | 62.25 |
| 09/02/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 370.57 |
| 09/02/2009 | Cash | West Central Produce | -SPLIT- | 191.59 |
| 09/02/2009 | Cash | Ace Service Center | 6690 · Repair & Maintenance | 270.00 |
| 09/02/2009 | | Cleaning | 6610 · Janitorial | 500.00 |
| 09/02/2009 | Cash | LA Transit | 6450 · Employee Benefits/Meals | 124.00 |
| 09/03/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 500.00 |
| 09/03/2009 | Cash | Premier Meat Company | 5103 · Poultry | 167.70 |
| 09/03/2009 | Cash | West Central Produce | -SPLIT- | 531.47 |
| 09/03/2009 | Cash | West Central Produce | -SPLIT- | 143.00 |
| 09/03/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 259.12 |
| 09/03/2009 | | Cleaning | 6610 · Janitorial | 900.00 |
| 09/03/2009 | Cash | Shushana | 7068 · Outside Services | 595.80 |
| 09/03/2009 | | Smart & Final | 6695 · Restaurant Supplies | 17.75 |
| 09/03/2009 | | Trader Joe's | 5105 · Cheese | 27.92 |
| 09/03/2009 | Cash | Young's Market Company | 5510 · Liquor Purchases | 1,015.04 |
| 09/04/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 363.98 |
| 09/04/2009 | Cash | Premier Meat Company | 5103 · Poultry | 167.70 |
| 09/04/2009 | Cash | Santa Monica Seafood | 5104 · Seafood | 170.55 |
| 09/04/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 238.00 |
| 09/04/2009 | Cash | Young's Market Company | -SPLIT- | 540.50 |
| 09/04/2009 | Cash | Greg Emersic | 7085 · Professional Services | 1,000.00 |
| 09/04/2009 | Cash | Shushana | 7068 · Outside Services | 600.00 |
| 09/05/2009 | Cash | Artisan Ales | 5610 · Beer Purchases | 200.00 |
| 09/05/2009 | Cash | Premier Meat Company | -SPLIT- | 715.54 |
| 09/05/2009 | Cash | West Central Produce | -SPLIT- | 1,630.39 |
| 09/05/2009 | | Smart & Final | 5105 · Cheese | 25.06 |
| 09/05/2009 | | Trader Joe's | 5105 · Cheese | 45.37 |
| 09/06/2009 | Cash | Joel Lopez Hernandez | 1103 · Employee Advance | 100.00 |
| 09/06/2009 | | Smart & Final | 6620 · Kitchen Supplies | 49.29 |
| 09/07/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 369.25 |
| 09/07/2009 | | Smart & Final | 5106 · Dairy | 74.24 |
| 09/07/2009 | | Trader Joe's | 5106 · Dairy | 30.80 |
| 09/07/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 657.00 |
| 09/08/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 626.78 |
| 09/08/2009 | Cash | Premier Meat Company | -SPLIT- | 211.64 |
| 09/08/2009 | Cash | Santa Monica Seafood | 5104 · Seafood | 115.31 |
| 09/08/2009 | Cash | Stone Brewing Company | 5610 · Beer Purchases | 174.10 |
| 09/08/2009 | 422909798 | 7661 Melrose Associates, LLC | 8000 · Rent | 7,500.00 |
| 09/08/2009 | Cash | Ace Service Center | 6690 · Repair & Maintenance | 240.00 |
| 09/08/2009 | Cash | Greg Emersic | 7085 · Professional Services | 1,000.00 |
| 09/08/2009 | Cash | Matthew J Raske | 6170 · Management Fees | 1,500.00 |
| 09/08/2009 | | Trash | 6710 · Trash | 50.00 |
| 09/08/2009 | | Bank of America | 1022 · Checking - New - 0633 | 2,500.00 |
| 09/09/2009 | Cash | California Charcoal & Firewood, Inc. | 6620 · Kitchen Supplies | 182.95 |
| 09/09/2009 | Cash | Haralambos Beverage Co. | 5610 · Beer Purchases | 269.00 |
| 09/09/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 276.32 |
| 09/09/2009 | Cash | Premier Meat Company | -SPLIT- | 195.63 |
| 09/09/2009 | Cash | Sysco | -SPLIT- | 1,350.58 |
| 09/09/2009 | Cash | West Central Produce | -SPLIT- | 674.65 |
| 09/09/2009 | Cash | West Central Produce | 5109 · Bread | 108.00 |
| 09/10/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 402.51 |

# 8 Oz - DIP - Cash Basis
## Account QuickReport
### As of September 30, 2009

| Date | Num | Name | Split | Credit |
|---|---|---|---|---|
| 09/10/2009 | Cash | Melrose Baking Company | 5109 · Bread | 49.20 |
| 09/10/2009 | Cash | West Central Produce | -SPLIT- | 328.19 |
| 09/10/2009 | Cash | West Central Produce | 5108 · Grocery | 11.00 |
| 09/10/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 260.72 |
| 09/10/2009 | Cash | J T Fox ESL | 7085 · Professional Services | 550.00 |
| 09/10/2009 | | Ralph's | 6695 · Restaurant Supplies | 35.50 |
| 09/10/2009 | | Smart & Final | 6695 · Restaurant Supplies | 35.50 |
| 09/11/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 770.37 |
| 09/11/2009 | Cash | Premier Meat Company | -SPLIT- | 423.35 |
| 09/11/2009 | 422910115 | Southern Wine & Spirits | -SPLIT- | 343.40 |
| 09/11/2009 | Cash | West Central Produce | -SPLIT- | 518.76 |
| 09/11/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 276.00 |
| 09/12/2009 | Cash | Premier Meat Company | -SPLIT- | 154.10 |
| 09/12/2009 | Cash | West Central Produce | -SPLIT- | 1,233.93 |
| 09/13/2009 | Cash | Luiza | 7068 · Outside Services | 350.00 |
| 09/14/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 148.00 |
| 09/14/2009 | Cash | West Central Produce | -SPLIT- | 579.29 |
| 09/14/2009 | | Trash | 6710 · Trash | 50.00 |
| 09/15/2009 | Cash | Artisan Ales | 5610 · Beer Purchases | 100.00 |
| 09/15/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 208.00 |
| 09/15/2009 | Cash | Premier Meat Company | -SPLIT- | 295.00 |
| 09/15/2009 | Cash | Sandra Lanahan | 7030 · Bookkeeping | 1,470.00 |
| 09/15/2009 | 422910091 | Southern Wine & Spirits | 5510 · Liquor Purchases | 687.64 |
| 09/15/2009 | Cash | Sysco | -SPLIT- | 1,356.00 |
| 09/15/2009 | 422910004 | The Henry Wine Group | 5410 · Wine Purchases | 306.00 |
| 09/15/2009 | Cash | West Central Produce | -SPLIT- | 585.68 |
| 09/15/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 344.00 |
| 09/15/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 168.00 |
| 09/15/2009 | Cash | Young's Market Company | -SPLIT- | 408.07 |
| 09/15/2009 | Cash | Stone Brewing Company | 5610 · Beer Purchases | 300.00 |
| 09/15/2009 | 422910005 | 7661 Melrose Associates, LLC | 8000 · Rent | 7,500.00 |
| 09/15/2009 | Cash | Greg Emersic | 7085 · Professional Services | 750.00 |
| 09/15/2009 | Cash | Matthew J Raske | 6170 · Management Fees | 2,000.00 |
| 09/16/2009 | Cash | Haralambos Beverage Co. | 5610 · Beer Purchases | 201.75 |
| 09/16/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 301.48 |
| 09/16/2009 | Cash | West Central Produce | 5109 · Bread | 108.00 |
| 09/16/2009 | Cash | West Central Produce | -SPLIT- | 419.88 |
| 09/16/2009 | Cash | Luiza | 7068 · Outside Services | 500.00 |
| 09/16/2009 | Cash | Shushana | 7068 · Outside Services | 700.00 |
| 09/16/2009 | | Smart & Final | 5106 · Dairy | 15.00 |
| 09/17/2009 | Cash | Premier Meat Company | -SPLIT- | 181.95 |
| 09/17/2009 | Cash | Santa Monica Seafood | 5104 · Seafood | 170.55 |
| 09/17/2009 | Cash | West Central Produce | -SPLIT- | 471.14 |
| 09/17/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 290.00 |
| 09/17/2009 | Cash | Young's Market Company | -SPLIT- | 982.00 |
| 09/17/2009 | | Cleaning | 6610 · Janitorial | 700.00 |
| 09/17/2009 | Cash | Govind A Armstrong | 7100 · Telephone | 700.00 |
| 09/18/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 789.58 |
| 09/18/2009 | Cash | Premier Meat Company | -SPLIT- | 250.36 |
| 09/18/2009 | 422910123 | The Henry Wine Group | 5410 · Wine Purchases | 336.00 |
| 09/18/2009 | Cash | West Central Produce | -SPLIT- | 561.95 |
| 09/18/2009 | | Cleaning | 6610 · Janitorial | 700.00 |
| 09/18/2009 | Cash | Matthew J Raske | 6170 · Management Fees | 1,500.00 |
| 09/18/2009 | Cash | The Gas Company | 6720 · Utilities | 644.00 |
| 09/19/2009 | Cash | Premier Meat Company | -SPLIT- | 208.60 |
| 09/19/2009 | Cash | West Central Produce | -SPLIT- | 1,160.57 |
| 09/19/2009 | Cash | West Central Produce | -SPLIT- | 111.25 |
| 09/19/2009 | Cash | Greg Emersic | 7085 · Professional Services | 60.00 |
| 09/19/2009 | 422910264 | L.A. County Treasure Tax Collector | 7060 · License & Permits | 1,740.00 |
| 09/19/2009 | Cash | Luiza | 7068 · Outside Services | 975.00 |
| 09/19/2009 | | Smart & Final | 6530 · Cleaning & Paper Supplies | 52.00 |
| 09/19/2009 | | Trader Joe's | 5104 · Seafood | 31.74 |
| 09/19/2009 | Cash | West Central Produce | 5107 · Produce | 187.57 |
| 09/20/2009 | Cash | Santa Monica Seafood | 5104 · Seafood | 106.10 |
| 09/20/2009 | | Smart & Final | 5105 · Cheese | 33.93 |
| 09/20/2009 | | Trader Joe's | 5105 · Cheese | 50.34 |
| 09/21/2009 | Cash | California Charcoal & Firewood, Inc. | 6620 · Kitchen Supplies | 278.21 |

# 8 Oz - DIP - Cash Basis
## Account QuickReport
### As of September 30, 2009

| Date | Num | Name | Split | Credit |
|---|---|---|---|---:|
| 09/21/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 529.15 |
| 09/21/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 576.00 |
| 09/21/2009 | Cash | West Central Produce | -SPLIT- | 658.98 |
| 09/21/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 257.56 |
| 09/21/2009 | 422909797 | So Cal Development Consultants | 7085 · Professional Services | 6,000.00 |
| 09/21/2009 | | Trash | 6710 · Trash | 50.00 |
| 09/21/2009 | Cash | West Central Produce | 5107 · Produce | 500.00 |
| 09/22/2009 | Cash | Artisan Ales | 5610 · Beer Purchases | 340.00 |
| 09/22/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 332.23 |
| 09/22/2009 | Cash | Premier Meat Company | 5102 · Meat | 171.81 |
| 09/22/2009 | Cash | Sysco | -SPLIT- | 1,573.27 |
| 09/22/2009 | Cash | West Central Produce | -SPLIT- | 424.18 |
| 09/22/2009 | Cash | Wine Warehouse | -SPLIT- | 422.65 |
| 09/22/2009 | Cash | Stone Brewing Company | 5610 · Beer Purchases | 456.50 |
| 09/23/2009 | Cash | Haralambos Beverage Co. | 5610 · Beer Purchases | 134.50 |
| 09/23/2009 | Cash | Premier Meat Company | -SPLIT- | 168.40 |
| 09/23/2009 | 422910225 | The Henry Wine Group | 5410 · Wine Purchases | 336.00 |
| 09/23/2009 | Cash | West Central Produce | 5109 · Bread | 48.00 |
| 09/23/2009 | Cash | West Central Produce | -SPLIT- | 470.87 |
| 09/23/2009 | Cash | Young's Market Company | -SPLIT- | 1,099.00 |
| 09/23/2009 | Cash | Greg Emersic | 7085 · Professional Services | 1,960.00 |
| 09/23/2009 | Cash | J T Fox ESL | 7085 · Professional Services | 2,800.00 |
| 09/24/2009 | Cash | Chambers & Chambers | 5410 · Wine Purchases | 235.50 |
| 09/24/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 307.33 |
| 09/24/2009 | Cash | Sysco | 5810 · Bar Grocery Purchases | 333.00 |
| 09/24/2009 | Cash | West Central Produce | -SPLIT- | 430.25 |
| 09/24/2009 | 422910231 | Chambers & Chambers | 5410 · Wine Purchases | 873.31 |
| 09/24/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 279.12 |
| 09/25/2009 | Cash | Harvey's Guss Meat Co | -SPLIT- | 919.01 |
| 09/25/2009 | Cash | Premier Meat Company | -SPLIT- | 227.60 |
| 09/25/2009 | Cash | West Central Produce | -SPLIT- | 746.47 |
| 09/25/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 236.00 |
| 09/25/2009 | | Cab | 7065 · Office Expense | 100.00 |
| 09/25/2009 | Cash | Matthew J Raske | 6170 · Management Fees | 550.00 |
| 09/25/2009 | Cash | Shushana | 7068 · Outside Services | 586.00 |
| 09/25/2009 | | Smart & Final | 6530 · Cleaning & Paper Supplies | 224.70 |
| 09/25/2009 | Cash | West Central Produce | 5107 · Produce | 470.56 |
| 09/26/2009 | Cash | Artisan Ales | 5610 · Beer Purchases | 110.00 |
| 09/26/2009 | Cash | Joshua Woodward | 1120 · Due to/from Josh Woodw... | 80.00 |
| 09/26/2009 | Cash | Melrose Baking Company | 5109 · Bread | 50.00 |
| 09/26/2009 | Cash | West Central Produce | 5107 · Produce | 500.00 |
| 09/27/2009 | Cash | Santa Monica Seafood | 5104 · Seafood | 127.85 |
| 09/27/2009 | | Smart & Final | 5107 · Produce | 12.45 |
| 09/28/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 383.36 |
| 09/28/2009 | Cash | Premier Meat Company | -SPLIT- | 255.70 |
| 09/28/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 343.00 |
| 09/28/2009 | Cash | West Central Produce | -SPLIT- | 649.88 |
| 09/28/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 170.00 |
| 09/28/2009 | Cash | Yee Yuen Linen Service | 6640 · Laundry & Linen | 300.00 |
| 09/28/2009 | Cash | Joshua Woodward | 1120 · Due to/from Josh Woodw... | 100.00 |
| 09/28/2009 | | Trash | 6710 · Trash | 50.00 |
| 09/28/2009 | Cash | West Central Produce | 5107 · Produce | 500.00 |
| 09/29/2009 | Cash | Artisan Ales | 5610 · Beer Purchases | 300.00 |
| 09/29/2009 | Cash | Haralambos Beverage Co. | 5610 · Beer Purchases | 310.00 |
| 09/29/2009 | Cash | Harvey's Guss Meat Co | 5102 · Meat | 289.14 |
| 09/29/2009 | Cashiers | Pro Clean Inc. | 6530 · Cleaning & Paper Supplies | 1,039.99 |
| 09/29/2009 | Cash | Sandra Lanahan | 7030 · Bookkeeping | 1,530.00 |
| 09/29/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 211.80 |
| 09/29/2009 | Cash | Skyscraper Brewing Company | 5610 · Beer Purchases | 437.00 |
| 09/29/2009 | 422910248 | Southern Wine & Spirits | 5510 · Liquor Purchases | 760.85 |
| 09/29/2009 | Cash | Sysco | -SPLIT- | 1,783.22 |
| 09/29/2009 | Cash | West Central Produce | -SPLIT- | 587.69 |
| 09/29/2009 | Cash | Wine Warehouse | 5610 · Beer Purchases | 467.30 |
| 09/29/2009 | Cash | Stone Brewing Company | 5610 · Beer Purchases | 440.65 |
| 09/29/2009 | | Cleaning | 6610 · Janitorial | 1,000.00 |
| 09/29/2009 | 422910265 | Dept. of Alcoholic Beverage Control | 7060 · License & Permits | 1,256.00 |
| 09/29/2009 | Cash | Greg Emersic | 7085 · Professional Services | 1,000.00 |

# 8 Oz - DIP - Cash Basis
## Account QuickReport
### As of September 30, 2009

| Date | Num | Name | Split | Credit |
|---|---|---|---|---|
| 09/29/2009 | 422910266 | J T Fox ESL | 7085 · Professional Services | 2,500.00 |
| 09/29/2009 | Cash | Katie | 7068 · Outside Services | 760.00 |
| 09/29/2009 | Cash | Matthew J Raske | 6170 · Management Fees | 1,000.00 |
| 09/29/2009 | | Smart & Final | 6530 · Cleaning & Paper Supplies | 191.98 |
| 09/29/2009 | | Trader Joe's | 5105 · Cheese | 52.35 |
| 09/30/2009 | Cash | Haralambos Beverage Co. | 5610 · Beer Purchases | 67.25 |
| 09/30/2009 | Cash | Premier Meat Company | -SPLIT- | 286.13 |
| 09/30/2009 | Cash | West Central Produce | 5109 · Bread | 134.50 |
| 09/30/2009 | Cash | West Central Produce | -SPLIT- | 349.46 |
| 09/30/2009 | Cash | Alfredo Gonzalez | 1103 · Employee Advance | 150.00 |
| 09/30/2009 | Cash | Ingrid Nelson | 6300 · Medical/Dental Insurance | 365.00 |
| 09/30/2009 | Cash | Ryan E Gilpatrick | 7068 · Outside Services | 88.00 |

Total 1070 · Petty Cash     129,675.41

Total 1000 · Cash in Bank     129,675.41

**TOTAL**     129,675.41



2151 P P
E0-8

TABLE 8, LLC
DBA: 8 OZ.
7661 MELROSE AVE
LOS ANGELES  CA  90046-7442

## Your Bank of America Business Checking Statement

Statement Period:
September 1 through September 30, 2009

Account Number: 21514-70633

**Priority Customer Service**
Call: 1.800.678.1433

**Written Inquiries**
Bank of America
Melrose-Fairfax Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2003
Bank of America appreciates your business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online.** Enroll at www.bankofamerica.com/smallbusiness.

## ☐ Summary of Your Business Checking Account

| Beginning Balance on 09/01/09 | $2,626.79 |
|---|---|
| Total Deposits and Credits | + 186,747.13 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 188,152.68 |
| *Ending Balance* | *$1,221.24* |

| Number of checks paid | 25 |
|---|---|
| Number of electronic checks paid | 0 |
| Number of 24 Hour Customer Service Calls | |
| Self-Service | 0 |
| Assisted | 0 |

## ☐ Important Information About Your Account

On May 20, 2009, the temporary increase in the standard maximum deposit insurance amount to $250,000 per depositor was extended through December 31, 2013. On January 1, 2014, the standard insurance amount will return to $100,000 per depositor for all account categories except IRAs & certain retirement accounts, which will remain $250,000 per depositor.

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/01 | Deposit | | | $ 500.00 | |
| 09/01 | Wire Type:Wire In Date: 090901 Time:1531 Et Trn:2009090100261986 Seq:2009244110700002/003133 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 13,062.81 | |
| 09/01 | Check | | $ 14,100.00 | | |
| 09/01 | Processing Fee For Money Tfr-CA Trn: 090901-261986 | | 12.00 | | |

Continued on next page

California

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/01 | NY Tlr cash withdrawal from Chk 0633 Banking Ctr East Village #0094135 NY Confirmation# 1082375373 | | 1,500.00 | | $577.60 |
| 09/02 | Merch Svc DES:Bkcrd Fees ID:899000001306313 INDN:8 Oz Burger Bar Co ID:1246827607 CCD Ref:009244011031435 | | $ 15.00 | | $562.60 |
| 09/03 | Wire Type:Wire In Date: 090903 Time:1433 Et Trn:2009090300201026 Seq:2009246094800005/001981 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | $ 2,868.40 | |
| 09/03 | Processing Fee For Money Tfr-CA Trn: 090903-201026 | | $ 12.00 | | |
| 09/03 | Recovery For Forced Closed Account Fdes Nmo 0002998 Nbkq4d6 | | 165.00 | | |
| 09/03 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax #0002151 CA Confirmation# 8500390993 | | 2,500.00 | | |
| 09/03 | Check Card Purchase on 09/01 (Card #435781737), American Ai 00123094886 Aa.Com/Aa Res TX Ref #24717059245582450949948 | | 419.60 | | $334.40 |
| 09/04 | Wire Type:Wire In Date: 090904 Time:1323 Et Trn:2009090400187505 Seq:2009247093200002/001625 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | $ 4,743.77 | |
| 09/04 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009246011307427 | | | 6,337.47 | |
| 09/04 | Check | | $ 1,500.00 | | |
| 09/04 | Processing Fee For Money Tfr-CA Trn: 090904-187505 | | 12.00 | | |
| 09/04 | IL Tlr cash withdrawal from Chk 0633 Banking Ctr Clybourn & Webster #0000286 IL Confirmation# 3208175504 | | 1,700.00 | | |
| 09/04 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax #0002151 CA Confirmation# 7608447117 | | 4,800.00 | | $3,403.64 |
| 09/08 | Deposit | | | $ 2,500.00 | |
| 09/08 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009247005657286 | | | 518.39 | |
| 09/08 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009251011042242 | | | 1,198.54 | |
| 09/08 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009251010912822 | | | 1,908.77 | |
| 09/08 | Wire Type:Wire In Date: 090908 Time:1346 Et Trn:2009090800269528 Seq:2009251100300005/001838 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 23,699.57 | |
| 09/08 | Check | | $ 2,500.00 | | |
| 09/08 | Check | | 4,500.00 | | |
| 09/08 | Check | | 9,000.00 | | |
| 09/08 | Check | | 14,500.00 | | |
| 09/08 | Processing Fee For Money Tfr-CA Trn: 090908-269528 | | 12.00 | | |

Continued on next page

☐ **Account Activity** Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/08 | Check Card Purchase on 09/03 (Card #435781737), American Ai 00123095392 Aa.Com/Aa Res TX Ref #24717059247582470886276 | | 371.60 | | |
| 09/08 | Check Card Purchase on 09/04 (Card #435781737), Hostway.Com Webhosting 312-994-7658 IL Ref #24610439247004067037512 | | 8.00 | | $2,337.31 |
| 09/09 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009251012985968 | | | $ 911.78 | |
| 09/09 | Wire Type:Wire In Date: 090909 Time:1544 Et Trn:2009090900229447 Seq:2009252114400004/002523 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 5,362.11 | |
| 09/09 | Processing Fee For Money Tfr-CA Trn: 090909-229447 | | $ 12.00 | | |
| 09/09 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 8551504013 | | 3,200.00 | | |
| 09/09 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 7652653867 | | 5,400.00 | | - $.80 |
| 09/10 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009252008967121 | | | $ 1,472.32 | |
| 09/10 | Wire Type:Wire In Date: 090910 Time:1301 Et Trn:2009091000183915 Seq:2009253093500002/001315 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 2,549.51 | |
| 09/10 | Processing Fee For Money Tfr-CA Trn: 090910-183915 | | $ 12.00 | | $4,009.03 |
| 09/11 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009253003931055 | | | $ 1,082.69 | |
| 09/11 | Wire Type:Wire In Date: 090911 Time:1426 Et Trn:2009091100200658 Seq:2009254090600003/001918 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 4,324.05 | |
| 09/11 | Check | | $ 4,000.00 | | |
| 09/11 | Check | | 4,200.00 | | |
| 09/11 | Processing Fee For Money Tfr-CA Trn: 090911-200658 | | 12.00 | | |
| 09/11 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 7668909071 | | 343.40 | | |
| 09/11 | Att         DES:Payment     ID:Xxxxx1001onl1u INDN:Table8 Llc d/b/a 8 Oz  Co ID:9864031005 WEB Ref:009253006121495 | | 376.89 | | |
| 09/11 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 7669502151 | | 475.00 | | $8.48 |
| 09/14 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009254008023744 | | | $ 546.15 | |
| 09/14 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009257000937557 | | | 1,305.81 | |

Continued on next page

TABLE 8, LLC  
DBA: 8 OZ.

Statement Period: September 1 through September 30, 2009  
Account Number: 21514-70633

☐ **Account Activity** Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/14 | Wire Type:Wire In Date: 090914 Time:1354 Et Trn:2009091400195346 Seq:2009257101700002/001630 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 4,855.57 | |
| 09/14 | Check | | $ 4,500.00 | | |
| 09/14 | Processing Fee For Money Tfr-CA Trn: 090914-195346 | | 12.00 | | |
| 09/14 | NSF: Returned Item Fee | | 35.00 | | |
| 09/14 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax #0002151 CA Confirmation# 7677617967 | | 400.00 | | |
| 09/14 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax #0002151 CA Confirmation# 8894654356 | | 450.00 | | |
| 09/14 | Check Card Purchase on 09/12 (Card #435781737), Dtv*directv Service 800-347-3288 CA Ref #24692169255000168347258 | | 149.98 | | $1,169.03 |
| 09/15 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009257004181694 | | | $ 91.46 | |
| 09/15 | Wire Type:Wire In Date: 090915 Time:1220 Et Trn:2009091500164460 Seq:2009258090600001/001119 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 18,981.00 | |
| 09/15 | Check | | $ 4,400.00 | | |
| 09/15 | Check | | 11,806.00 | | |
| 09/15 | Processing Fee For Money Tfr-CA Trn: 090915-164460 | | 12.00 | | |
| 09/15 | Processing Fee For Money Tfr-CA Trn: 090915-273086 | | 25.00 | | |
| 09/15 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax #0002151 CA Confirmation# 7903969325 | | 687.64 | | |
| 09/15 | Wire Type:Wire Out Date:090915 Time:1655 Et Trn:2009091500273086 Service Ref:011515 Bnf:Metro United Bank ID:112217765 Bnf Bk:Metro Un Ited Bank ID:122242102 Pmt Det:37007184 Loan Payme Nt | | 2,500.00 | | $810.85 |
| 09/16 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009258008986816 | | | $ 2,304.83 | |
| 09/16 | Wire Type:Wire In Date: 090916 Time:1434 Et Trn:2009091600196669 Seq:2009259101100002/001937 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 3,104.98 | |
| 09/16 | Check | | $ 2,800.00 | | |
| 09/16 | Processing Fee For Money Tfr-CA Trn: 090916-196669 | | 12.00 | | |
| 09/16 | Transfer Table 8, Llc:Metro United bank Confirmation# 4510145095 | | 2,500.00 | | $908.66 |
| 09/17 | American Express DES:Settlement ID:1044344778 INDN:Table 8  1044344778 Co ID:1134992250 CCD Ref:009259003715551 | | | $ 1,013.10 | |
| 09/17 | Wire Type:Wire In Date: 090917 Time:1255 Et Trn:2009091700169914 Seq:2009260091500001/001169 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 3,441.63 | |
| 09/17 | Check | | $ 1,300.00 | | |
| 09/17 | Check | | 3,000.00 | | |

Continued on next page

☐ **Account Activity**  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/17 | External transfer fee - Next Day -09/16/2009 Confirmation: 37027336 | | 10.00 | | |
| 09/17 | Processing Fee For Money Tfr-CA Trn: 090917-169914 | | 12.00 | | |
| 09/17 | Check Card Purchase on 09/15 (Card #435781737), NASA Services Inc 888-8880388 CA  Ref #24639239259900019916180 | | 310.02 | | $731.37 |
| 09/18 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778 Co ID:1134992250 CCD Ref:009260008301425 | | | $ 787.80 | |
| 09/18 | Reversal Table 8, Llc:Metro United bank Confirmation# 2327554959 | | | 2,500.00 | |
| 09/18 | Wire Type:Wire In Date: 090918 Time:1324 Et Trn:2009091800182062 Seq:2009261092300001/001528 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 4,398.23 | |
| 09/18 | Processing Fee For Money Tfr-CA Trn: 090918-182062 | | $ 12.00 | | |
| 09/18 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 7930523921 | | 2,500.00 | | $5,905.40 |
| 09/21 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778 Co ID:1134992250 CCD Ref:009261002151276 | | | $ 800.11 | |
| 09/21 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778 Co ID:1134992250 CCD Ref:009264004503131 | | | 1,218.86 | |
| 09/21 | Wire Type:Wire In Date: 090921 Time:1356 Et Trn:2009092100184817 Seq:2009264100400001/001680 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 10,982.79 | |
| 09/21 | Check # 424 | | $ 1,476.00 | | |
| 09/21 | Processing Fee For Money Tfr-CA Trn: 090921-184817 | | 12.00 | | |
| 09/21 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 7238643995 | | 3,500.00 | | |
| 09/21 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax     #0002151 CA Confirmation# 8829398405 | | 4,000.00 | | |
| 09/21 | Check Card Purchase on 09/17 (Card #435781737), American Ai 00123100885 Aa.Com/Aa Res TX  Ref #24717059261582610941024 | | 234.60 | | |
| 09/21 | Check Card Purchase on 09/17 (Card #435781737), American Ai 00123101179 Aa.Com/Aa Res TX  Ref #24717059261582611042681 | | 371.60 | | $9,312.96 |
| 09/22 | Deposit | | | $ 1,079.13 | |
| 09/22 | Wire Type:Wire In Date: 090922 Time:1359 Et Trn:2009092200169245 Seq:2009265094100001/001576 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 12,006.47 | |
| 09/22 | Check | | $ 9,500.00 | | |
| 09/22 | Processing Fee For Money Tfr-CA Trn: 090922-169245 | | 12.00 | | |
| 09/22 | Processing Fee For Money Tfr-CA Trn: 090922-209196 | | 25.00 | | |
| 09/22 | Purchase on 09/22 (Card #435781737), Exxonmobil POS  Los Ange  CA | 776370 | 46.77 | | |

Continued on next page

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/22 | Wire Type:Wire Out Date:090922 Time:1558 Et Trn:2009092200209196 Service Ref:007742 Bnf:Metro United Bank ID:112217765 Bnf Bk:Metro Un lted Bank ID:122242102 Pmt Det:37244404 Loan Payme Nt | | 2,500.00 | | |
| 09/22 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax  #0002151 CA Confirmation# 7266321221 | | 3,500.00 | | $6,814.79 |
| 09/23 | Exceptions Unposted Credit W/O 09/23/09 Sequence # 0 Rej Acct# 2151443007 Fdes Nca 0006626 Nbkrt5b Effective Date 09/22/09 | | | $ 2,003.44 | |
| 09/23 | Wire Type:Wire In Date: 090923 Time:1322 Et Trn:2009092300164934 Seq:2009266101100002/001313 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 3,132.73 | |
| 09/23 | Check | | $ 8,400.00 | | |
| 09/23 | Processing Fee For Money Tfr-CA Trn: 090923-164934 | | 12.00 | | |
| 09/23 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax  #0002151 CA Confirmation# 7272556718 | | 336.00 | | |
| 09/23 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax  #0002151 CA Confirmation# 8873548959 | | 2,000.00 | | |
| 09/23 | Check Card Purchase on 09/21 (Card #435781737), American Ai 00115710735 Mankato MN Ref #24717059265582652744977 | | 371.60 | | |
| 09/23 | Check Card Purchase on 09/22 (Card #435781737), La City Metered Parking North Hollywo CA Ref #24755429266122660494534 | | 4.00 | | $827.36 |
| 09/24 | Wire Type:Wire In Date: 090924 Time:1434 Et Trn:2009092400203670 Seq:2009267092500004/001910 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | $ 3,793.68 | |
| 09/24 | Check | | $ 3,400.00 | | |
| 09/24 | Processing Fee For Money Tfr-CA Trn: 090924-203670 | | 12.00 | | |
| 09/24 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax  #0002151 CA Confirmation# 7281945269 | | 1,108.81 | | |
| 09/24 | Check Card Purchase on 09/22 (Card #435781737), American Ai 00123102815 Aa.Com/Aa Res TX Ref #24717059266582660999000 | | 234.60 | | |
| 09/24 | Check Card Purchase on 09/22 (Card #435781737), Mr. Cecils California2 Sherman Oaks CA Ref #24425139266578060010086 | | 78.10 | | |
| 09/24 | Check Card Purchase on 09/22 (Card #435781737), American Ai 00106185131 Aa.Com/Aa Res TX Ref #24717059266582660967387 | | 50.00 | | - $262.47 |
| 09/25 | Exceptions Unposted Credit W/O 09/25/09 Sequence # 0 Rej Acct# 2151443007 Fdes Nca 0006626 Nbkrt5b Effective Date 09/24/09 | | | $ 2,361.55 | |
| 09/25 | Wire Type:Wire In Date: 090925 Time:1259 Et Trn:2009092500189062 Seq:2009268090400001/001496 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 3,169.69 | |
| 09/25 | Check | | $ 4,520.00 | | |

Continued on next page

## ❑ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/25 | Processing Fee For Money Tfr-CA Trn: 090925-189062 | | 12.00 | | |
| 09/25 | Overdraft Item Fee | | 35.00 | | |
| 09/25 | Overdraft Item Fee | | 35.00 | | |
| 09/25 | Overdraft Item Fee | | 35.00 | | $631.77 |
| 09/28 | Exceptions Unposted Credit W/O 09/28/09 Sequence # 0 Rej Acct# 2151443007 DDA 425 La Fdes Nca 0006626 Nbka25j Effective Date 09/25/09 | | | $ 462.27 | |
| 09/28 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009271008176970 | | | 853.86 | |
| 09/28 | Wire Type:Wire In Date: 090928 Time:1632 Et Trn:2009092800276677 Seq:2009271103100005/003421 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 7,248.94 | |
| 09/28 | Check # 425 | | $ 131.77 | | |
| 09/28 | Check # 426 | | 400.00 | | |
| 09/28 | Processing Fee For Money Tfr-CA Trn: 090928-276677 | | 12.00 | | |
| 09/28 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax      #0002151 CA Confirmation# 7299075629 | | 450.00 | | |
| 09/28 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax      #0002151 CA Confirmation# 7516162201 | | 1,340.00 | | |
| 09/28 | Check Card Purchase on 09/25 (Card #435781737), American Ai 00123104242 Aa.Com/Aa Res TX  Ref #24717059269582691269750 | | 234.60 | | |
| 09/28 | Check Card Purchase on 09/25 (Card #435781737), Bargain Fair Los Angeles CA  Ref #24013399269011030151132 | | 151.72 | | $6,476.75 |
| 09/29 | Withdrawal | | $ 2,100.00 | | |
| 09/29 | American Express DES:Settlement ID:1044344778 INDN:Table 8    1044344778  Co ID:1134992250 CCD Ref:009271011960718 | | | $ 162.58 | |
| 09/29 | Exceptions Unposted Credit W/O 09/28/09 Sequence # 0 Rej Acct# 2151443007 Dda425 La Fdes Nca 0006626 Nbkd2bw Effective Date 09/28/09 | | | 592.42 | |
| 09/29 | Exceptions Unposted Credit W/O 09/28/09 Sequence # 0 Rej Acct# 2151443007 Dda425 La Fdes Nca 0006626 Nbkd2bw Effective Date 09/28/09 | | | 988.94 | |
| 09/29 | Wire Type:Wire In Date: 090929 Time:1206 Et Trn:2009092900160634 Seq:2009272085700001/000979 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | 17,131.78 | |
| 09/29 | Check | | 760.58 | | |
| 09/29 | Check | | 5,496.00 | | |
| 09/29 | Check | | 9,239.42 | | |
| 09/29 | Processing Fee For Money Tfr-CA Trn: 090929-160634 | | 12.00 | | |
| 09/29 | Processing Fee For Money Tfr-CA Trn: 090929-235128 | | 25.00 | | |
| 09/29 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax      #0002151 CA Confirmation# 8424484195 | | 760.58 | | |
| 09/29 | Transfer Table 8, Llc:Bryan Cave Llp IOLTA Confirmation# 3426249177 | | 2,000.00 | | |

Continued on next page

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 09/29 | Wire Type:Wire Out Date:090929 Time:1516 Et Trn:2009092900235128 Service Ref:009004 Bnf:Metro United Bank ID:112217765 Bnf Bk:Metro Un Ited Bank ID:122242102 Pmt Det:37492470 Loan Payme Nt | | 2,500.00 | | $2,458.89 |
| 09/30 | Wire Type:Wire In Date: 090930 Time:1248 Et Trn:2009093000221112 Seq:2009273090600004/001694 Orig:Global Swift Funding Llc ID:00001213775 Snd Bk:Orange County Business Bank ID:122243460 | | | $ 2,387.15 | |
| 09/30 | Check # 428 | | $ 899.00 | | |
| 09/30 | External transfer fee - Next Day -09/29/2009 Confirmation: 37501654 | | 10.00 | | |
| 09/30 | Processing Fee For Money Tfr-CA Trn: 090930-221112 | | 12.00 | | |
| 09/30 | CA Tlr cash withdrawal from Chk 0633 Banking Ctr Melrose Fairfax  #0002151 CA Confirmation# 8433075323 | | 2,000.00 | | |
| 09/30 | Check Card Purchase on 09/28 (Card #435781737), American Ai 00123105380 Aa.Com/Aa Res TX  Ref #24717059272582721529996 | | 234.60 | | |
| 09/30 | Check Card Purchase on 09/28 (Card #435781737), American Ai 00123105385 Aa.Com/Aa Res TX  Ref #24717059272582721636460 | | 234.60 | | |
| 09/30 | Check Card Purchase on 09/28 (Card #435781737), American Ai 00123105385 Aa.Com/Aa Res TX  Ref #24717059272582721636452 | | 234.60 | | $1,221.24 |

## ☐ FACTS - FDIC Insured Account Disclosure Information

Effective October 23, 2009, we are changing Overdraft Protection transfers from savings account. We will transfer the exact amount required to cover the overdraft in your checking account from the available balance in your linked savings account. However, we will not make a transfer if the transfer would reduce your savings balance to less than $10. Overdraft Protection Service can be a great way to help you prevent overdrafts on your checking account. If you haven't already signed up, call the number on your statement or visit your nearby banking center and an associate can help you.

| In re:<br>Table 8, LLC d/b/a 8 oz Burger Bar | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-32934-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

A true and correct copy of the foregoing document described MONTHLY OPERATING REPORT, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 23, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**OVERNIGHT MAIL**
Honorable Barry Russell [Chambers]
United States Bankruptcy Court – Central
255 E. Temple Street – Ctrm. 1660
Los Angeles, CA 90012

**VIA U.S. MAIL:**
UNITED STATES TRUSTEE (LA)
725 S. FIGUEROA ST., 26TH FLOOR
LOS ANGELES, CA 90017

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 23, 2009 | Pamela Davis | *Pamela Davis* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**